**KLESTADT WINTERS JURELLER
  SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to Debtors Liberty Bridge
  Capital Management GP, LLC, et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LIBERTY BRIDGE CAPITAL MANAGEMENT GP, LLC,<br><br>               Debtor. | Chapter 7<br><br>Case No. 20-10009 |
| In re<br><br>CASH4CASES, INC.,<br><br>               Debtor. | Chapter 7<br><br>Case No. 20-10010 |
| In re<br><br>LIBERTY BRIDGE CAPITAL MANAGEMENT, IM, LLC,<br><br>               Debtor. | Chapter 7<br><br>Case No. 20-10011 |
| In re<br><br>LIBERTY BRIDGE CAPITAL MANAGEMENT, L.P.,<br><br>               Debtor. | Chapter 7<br><br>Case No. 20-10012 |

| | |
|---|---|
| In re<br><br>LIBERTY BRIDGE FINCO LLC,<br><br>                Debtor. | Chapter 7<br><br>Case No. 20-10013 |
| In re<br><br>LIBERTY BRIDGE SETTLEMENT CLEARING, LLC,<br><br>                Debtor. | Chapter 7<br><br>Case No. 20-10014 |
| In re<br><br>DIVERSIFIED PRE-SETTLEMENT PORTFOLIO I, a Series of Liberty Bridge Capital Management, L.P.<br><br>                Debtor. | Chapter 7<br><br>Case No. 20-10015 |
| In re<br><br>DIVERSIFIED PRE-SETTLEMENT PORTFOLIO II, a Series of Liberty Bridge Capital Management, L.P.<br><br>                Debtor. | Chapter 7<br><br>Case No. 20-10016 |

**STATEMENT OF KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP, COUNSEL TO THE DEBTORS, PURSUANT TO
11 U.S.C. § 329 AND FED R. BANKR. P. 2016(b)**

    I, Sean C. Southard, a partner of Klestadt Winters Jureller Southard & Stevens, LLP ("KWJSS"), counsel to Liberty Bridge Capital Management GP, LLC, Cash4Cases, Inc., Liberty Bridge Capital Management IM, LLC ("LBCM IM"), Liberty Bridge Capital Management, L.P., Liberty Bridge Finco LLC, Liberty Bridge Settlement Clearing, LLC, Diversified Pre-Settlement Portfolio I, a Series of Liberty Bridge Capital Management, L.P., and Diversified Pre-Settlement

2

Portfolio II, a Series of Liberty Bridge Capital Management, L.P., the above-captioned debtors (together collectively, the "Debtors"), state that:

1. KWJSS is counsel for the Debtors in their Chapter 7 cases.

2. The compensation paid or agreed to be paid by the Debtors, to the undersigned is:

    a. For legal services rendered or to be rendered in contemplation of and in connection with these cases: $75,000.00

    b. Prior to the filing of this statement, the Debtors have paid $75,000.00.

    c. The unpaid balance due and payable is: $0.00.

    d. The filing fees have been paid by the Debtors in the collective amount of $2,680.00 ($335.00 per case).

3. The source of the above-disclosed compensation paid to KWJSS was debtor LBCM IM.

4. KWJSS has not agreed to share the above-disclosed compensation with any other person unless they are members or associates of KWJSS.

5. The services rendered or to be rendered in exchange for the above-disclosed compensation include the following:

    a. advising the Debtors with respect to filing petitions under the U.S. Bankruptcy Code;

    b. reviewing documents related to each of the Debtors' financial affairs;

    c. preparing a chapter 7 bankruptcy filing for each of the Debtors, including all required schedules and statements (with information supplied by the Debtors' employees and consultants);

    d. filing and prosecuting a chapter 7 bankruptcy case on behalf of each of the Debtors (each a "Bankruptcy Case," collectively, the "Bankruptcy Cases") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court");

    e. negotiating and corresponding with lenders and key constituents and their respective counsel with respect to the Bankruptcy Cases;

  f. representing the Debtors at a meeting of creditors scheduled in the Bankruptcy Cases; and

  g. corresponding with a bankruptcy trustee appointed in the Debtors' Bankruptcy Cases;

(collectively, the "Chapter 7 Services").

  6. KWJSS has received no transfer, assignment or pledge of property from the Debtors.

  7. KWJSS does not anticipate receiving any compensation from any other source on account of the Chapter 7 Services.

Dated: New York, New York
    January 3, 2020

            **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

        By: */s/ Sean C. Southard*
           Sean C. Southard
           Lauren C. Kiss
           200 West 41st Street, 17th Floor
           New York, New York 10036-7203
           Tel: (212) 972-3000
           Fax: (212) 972-2245
           Email: ssouthard@klestadt.com
               lkiss@klestadt.com

           *Counsel to Debtors Liberty Bridge*
            *Capital Management GP, LLC, et al.*