**Fill in this information to identify the case:**

Debtor name **Liberty Bridge Capital Management GP, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **20-10009**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January  3, 2020__   X **/s/ Jaeson Birnbaum**
Signature of individual signing on behalf of debtor

**Jaeson Birnbaum**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC
DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## Introduction

These *Global Notes, Methodology and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs ("Statements") for each of Liberty Bridge Capital Management GP, LLC, Cash4Cases, Inc., Liberty Bridge Capital Management IM, LLC, Liberty Bridge Settlement Clearing, LLC, Liberty Bridge Finco LLC, Liberty Bridge Capital Management, L.P., Diversified Pre-Settlement Portfolio I, A Series of Liberty Bridge Capital Management, L.P. and Diversified Pre-Settlement Portfolio II, A Series of Liberty Bridge Capital Management, L.P. (each a "Debtor" and collectively, the "Debtors"). The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of any Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' representatives' reasonable efforts to report the assets and liabilities of each Debtor.

In preparing the Schedules and Statements, the Debtors' professionals relied upon information derived from each Debtor's available books and records. However, certain of the Debtors did not maintain separate books and records or were otherwise incomplete. Parties should be advised that inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors' attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements, and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, each Debtor and its attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized.

In reviewing and signing the Schedules and Statements, the Debtors' authorized person has relied upon the efforts, statements, and representations of the Debtors' professionals and in certain instances upon the Debtors' former personnel.

## Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to a claim ("Claim") description, designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by such Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by such Debtor against which the Claim is listed or against such Debtor. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to each Debtor's chapter 7 case, including, without limitation, issues involving Claims, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors are not hereby committing or obligating itself to update the Schedules and Statements.

2. **Description of Cases and "as of" Information Date**. The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of each Debtor as of the close of business on December 31, 2019, and the liability information provided herein, except as otherwise noted, represents the liability data of each Debtor as of the close of business on such date.

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of the Debtors' assets. Additionally, because the book values of certain assets, such as equipment may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4. **Recharacterization**. Notwithstanding the reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, these may, nevertheless, have been improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, all rights are reserved to recharacterize, reclassify, recategorize, further designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without

limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. **Real Property and Personal Property–Leased**. In the ordinary course of its business, the Debtors may have leased various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. Reasonable efforts were made to list all such leases in the Schedules and Statements.

6. **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

   The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

7. **Executory Contracts and Unexpired Leases**. The Debtors known executory contracts and unexpired leases have been set forth in Schedule G of the Schedules, respectively.

8. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission as to the legal rights of the claimant.

9. **Claims Description**. Schedules D and E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim as "disputed," "contingent," or "unliquidated" does not constitute an admission that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. For the avoidance of doubt, given the authorized person's present inability to verify the accuracy and completeness of the Debtors' books and records, the Debtors have determined to designate certain claims as "disputed." The overall effect of this determination will be that certain creditors are required to file proofs of their claims by a bar date to be established in this case.

10. **Causes of Action**. Despite reasonable efforts to identify all known assets, the authorized person may not have listed all of the Debtors' causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. All rights are reserved with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power,

privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, whether asserted directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "Causes of Action"), and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

11. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## <u>Specific Disclosures with Respect to the Debtors' Schedules</u>

**Schedule A/B**. All values set forth in Schedule A/B reflect the book value of each of the Debtor's assets as of the close of business on December 31, 2019, unless otherwise noted below.

**Schedule A/B part 3**. The Debtors' business operations involve the purchase from tort plaintiffs of all or a portion of such plaintiff's recovery from litigation claims. The Debtors' aggregate receivables consist of the principal portion of the amounts purchased as well as an interest accrual which is presented with a 50% reserve. On account of intercompany transfers associated with these assets and the uncertainty of title at present, the aggregate value of the receivable assets are reflected on more than one of the Debtor's Schedule A/B.

**Schedule A/B part 7, 8 and 9**. Values related to furniture, equipment, building, vehicles and real property listed on Schedule A/B part 7, 8 and 9 are as the current market value, if known.

**Schedule D**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

The Debtors have reflected three types of creditors and notice parties on Schedule D: 1) institutional parties that advanced funds to one or more of the Debtors and which advances were secured by security agreements on various assets; 2) individual parties that advanced funds and which related agreements identified certain assets as collateral; and 3) various other parties that purchased and assumed certain Debtor's rights as to receivables subject to collection.

**Schedule E/F part 1**. The Claimants listed in this category are for noticing purposes only. The Debtors are currently unaware of any amounts due to these Claimants.

**Schedule E/F part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against each the Debtor on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, no Debtor listed a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving each Debtor. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E//F may be subject to subordination pursuant to section 510 of the Bankruptcy Code or otherwise. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained through reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that (i) such contract or agreement is or is not an executory contract, (ii) such unexpired lease was in effect on the Petition Date, or (iii) such contract or agreement is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other

document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of its business, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such agreements may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**. For purposes of Schedule H, the parties that are either the principal obligors or guarantors under the prepetition debt facilities are listed as co-debtors on Schedule H.

In the ordinary course of its business, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Liberty Bridge Capital Management GP, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **20-10009**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
     Copy line 88 from *Schedule A/B*......................................................................................    $ _____ **0.00**

   **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*..................................................................................    $ _____ **0.00**

   **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*.....................................................................................    $ _____ **0.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $ _____ **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $ _____ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____ **0.00**

4.   **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b      $ _____ **0.00**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Liberty Bridge Capital Management GP, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **20-10009**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Signature Bank** | | 0861 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                      $0.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Liberty Bridge Capital Management GP, LLC** | Case number *(If known)* | **20-10009** |
|---|---|---|---|
| | Name | | |

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

---

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Liberty Bridge Capital Management GP, LLC** | Case number *(If known)* | **20-10009** |
| --- | --- | --- | --- |
| | Name | | |

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name    **Liberty Bridge Capital Management GP, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **20-10009**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **BCP Special Opportunities**<br>Creditor's Name<br>**Fund I Holdings LP, as Agent**<br>**650 Madison Avenue, Floor 23**<br>**New York, NY 10022**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**all assets**<br><br><br>**Describe the lien** | **Unknown** | **$0.00** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2**   **Coop Capital LLC**<br>Creditor's Name<br>**400 Madison Avenue, Suite 4D**<br>**New York, NY 10016**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**all assets**<br><br><br>**Describe the lien** | **Unknown** | **$0.00** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Official Form 206D      Schedule D: Creditors Who Have Claims Secured by Property      page 1 of 3

| Debtor | **Liberty Bridge Capital Management GP, LLC** | Case number (if know) | **20-10009** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** | **Diversified Pre-Settlement Portfolio I**
Creditor's Name

**228 Park Avenue South**
**New York, NY 10003**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**all assets**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

---

**2.4** | **Lenders Funding, LLC**
Creditor's Name

**2200 Fletcher Avenue**
**Fort Less, NJ 07407**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**all present and future assets**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

---

**2.5** | **Prism Alt Income, LLC**
Creditor's Name

**15333 N. Pima Road**
**Scottsdale, AZ 85260**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**all commerical tort claims and all of the related assets, all cash, cash equivalents, A/R, etc.**

Describe the lien

**Is the creditor an insider or related party?**
☑ No

Unknown | $0.00

---

| Debtor | **Liberty Bridge Capital Management GP, LLC** | Case number (if know) | **20-10009** |
|---|---|---|---|
| | Name | | |

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$0.00** |
|---|---|---|

---

**Part 2:**　**List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 3 of 3 |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Liberty Bridge Capital Management GP, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **20-10009**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Isis Colon**
**207 Gibson Blvd.**
**Clark, NJ 07066**

As of the petition filing date, the claim is: **$0.00**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.2** Priority creditor's name and mailing address
**Jacqueline A. Nigro**
**PO Box 1355**
**Hopewell Junction, NY 12533**

As of the petition filing date, the claim is: **$0.00**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Liberty Bridge Capital Management GP, LLC** | Case number *(if known)* | **20-10009** |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Maciel Cruz**
**4111 Elbertson Street, #662**
**Elmhurst, NY 11373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Orisel Perdomo**
**9201 Lamont Avenue, Apt. 3G**
**Elmhurst, NY 11373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Pat Pait**
**132 Saw Mill Road**
**Sparta, NJ 07871**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Robert Livoti**
**47 Barry Road**
**Scarsdale, NY 10583**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | Liberty Bridge Capital Management GP, LLC | Case number (if known) | 20-10009 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Roseanna Gutierrez**
**38-12 98th Street, 1st Floor**
**Corona, NY 11368**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Stanley Di Cicco**
**505 East 79th Street, Apt. 6L**
**New York, NY 10075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alabama Secretary Of State**
**600 Dexter Avenue,**
**Montgomery,, AL 36130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alston & Bird**
**90 Park Avenue**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**American Legal Finance Association**
**818 Connecticut Ave NW Suite 1100**
**Washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Liberty Bridge Capital Management GP, LLC | Case number (if known) | 20-10009 |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ashirus, LLC**
**181 Cherry Lane**
**Teaneck, NJ 07666**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bronx County Bar Endowment Fund**
**851 Grand Concourse**
**Room 124**
**Bronx, NY 10451**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**California Secretary of State**
**1500 11th Street**
**Sacramento, CA 95814**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cipolla Financial Advisors**
**851 Franklin Lake Road**
**Franklin Lakes, NJ 07417**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CNA Surety**
**P.O Box 957312**
**St. Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Connecticut Secretary of State**
**30 Trinity Street**
**Hartford, CT 06106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Corporations & Companies**
**910 Foulk Road, Suite 201**
**Wilmington, DE 19803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Liberty Bridge Capital Management GP, LLC | Case number (if known) | 20-10009 |
|---|---|---|---|
| | Name | | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| CRM Passport LLC<br>33 Gold Street Apt. 322<br>New York, NY 10038 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| CSC<br>P.O. Box 13397<br>Philadelphia, PA 19101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| CT Corporation<br>28 Liberty St Floor 42<br>New York, NY 10005 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Delaware Secretary of State<br>401 Federal Street, #4<br>Dover, DE 19901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Delux Checks<br>3680 Victoria Street<br>North Shoreview, MN 55126 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Dom Ben Realty Corporation<br>280 Madison Avenue<br>New York, NY 10016 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Earth Class Mail<br>228 Park Ave South<br>New York, NY 10003 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Liberty Bridge Capital Management GP, LLC | Case number (if known) | 20-10009 |
|---|---|---|---|
| | Name | | |

---

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **EisnerAmper** <br> **750 Third Avenue** <br> **New York, NY 10017** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **FedEx** <br> **P.O. Box 371461** <br> **Pittsburgh, PA 15250-7461** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Florida Secretary of State** <br> **500 South Bronough Street** <br> **Tallahassee, FL 32399** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **FreedomVoice** <br> **5600 Avenida Encinas, Suite 170** <br> **Carlsbad, CA 92008** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Genius Computer Solutions, Inc.** <br> **62 Williams Street 4th Floor** <br> **New York, NY 10005** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Georgia Clerks Authority** <br> **1875 Century Boulevard, Suite 100** <br> **Atlanta, GA 30345** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Google, LLC** <br> **1600 Ampitheather Pkwy** <br> **Mountain View, CA 94043** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Liberty Bridge Capital Management GP, LLC | Case number (if known) | 20-10009 |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

GSD Company
135 E 57th Street
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

HiTouch
PO Box 930257
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Illinois Secretary of State
213 State Capitol
Springfield, IL 62756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Indiana Secretary of State
200 W. Washington Street, Room 201
Indianapolis, IN 46204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

K & L Gates, LLP
1600 Ampitheather Pkwy
Wilmington, DE 19801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Key Operations Network, Inc.
132 Sawmill Road
Sparta, NJ 07871

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Korthi Capital LLC
129 W 12th Street
New York, NY 10011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Liberty Bridge Capital Management GP, LLC | Case number (if known) | 20-10009 |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Louisiana SOS**
**8585 Archives Ave**
**Baton Rouge, LA 70809**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Maine Secretary of State**
**148 State House Station**
**Augusta, ME 04333**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Massachusetts Secretary of State**
**Massachusetts Secretary of State - One A**
**Boston, MA 02108**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Michigan Secretary of State**
**430 W Allegan Street**
**Lansing, MI 48918**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mighty Group Inc**
**48 West 25th Street 3rd Floor**
**New York, NY 10010**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mississippi SOS**
**401 Mississippi Street**
**Jackson, MS 39201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Missouri Secretary of State**
**600 West Main Street**
**Jefferson City, MO 65101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Liberty Bridge Capital Management GP, LLC | Case number (if known) | 20-10009 |
|---|---|---|---|
| | Name | | |

---

**3.39**

**Nonpriority creditor's name and mailing address**

**NES Financial Corp**
**50 W San Fernando Street, Suite 300**
**San Jose, CA 95113**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.40**

**Nonpriority creditor's name and mailing address**

**New Mexico SOS**
**325 Don Gaspar Suite 300**
**Santa Fe, NM 87501**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.41**

**Nonpriority creditor's name and mailing address**

**New York Secretary of State**
**123 William Street**
**New York, NY 10038**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.42**

**Nonpriority creditor's name and mailing address**

**NJ SOS**
**P.O. Box 450**
**Trenton, NJ 08646-0303**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.43**

**Nonpriority creditor's name and mailing address**

**Ohio Secretary of State**
**22 N 4th Street**
**Columbus, OH 43215**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.44**

**Nonpriority creditor's name and mailing address**

**Pashman Stein PC**
**Court Plaza South 21 Main St #200**
**Hackensack, NJ 07601**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.45**

**Nonpriority creditor's name and mailing address**

**Patrick Pait**
**132 Saw Mill Rd**
**Sparta, NJ 07871**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | Liberty Bridge Capital Management GP, LLC | Case number (if known) | 20-10009 |
|---|---|---|---|
| | Name | | |

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Paychex of New York
1175 John Street
West Henrietta, NY 14586

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Pennsylvania SOS
401 North Street
Harrisburg, PA 17120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Ralph Attanasio
Hunters Pointe
Middletown, NJ 07748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Raul Sloezen
18 Hasbrouck Avenue
Emerson, NJ 07630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

RCATV Inc.
P.O. Box 3243
Greenwood Village, CO 80155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Salesforce.com Inc.
P.O. Box 203141
Dallas, TX 75320-3141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Sarah Lockart
125 E 93rd Street, Apt. 5C
New York, NY 10128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Liberty Bridge Capital Management GP, LLC | Case number (if known) | 20-10009 |
|---|---|---|---|
| | Name | | |

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Segue Cloud Services LLC**
62 Mill Hill Rd
Woodstock, NY 12498

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**ShredX**
P.O Box 462
Lyndhurst, NJ 07071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Signature Bank**
261 Madison Ave
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**South Carolina Secretary of State**
1205 Pendleton Street
Columbia, SC 29201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Staples Direct**
500 Staples Drive
Framingham, MA 01702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**State of New York Workers' Compensation**
PO Box 5200
Binghamton, NY 13902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Tennessee Secretary ot State**
312 Rosa L. Parks Avenue
Nashville, TN 37243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Liberty Bridge Capital Management GP, LLC | Case number (if known) | 20-10009 |
|---|---|---|---|
| | Name | | |

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Texas Secretary of State**
**1019 Brazos Street**
**Austin, TX 78701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**The Better Business Bureau**
**30 East 33rd Street**
**New York, NY 10016**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Thomas Matarazzo**
**3 Winslow Circle**
**Tuckahoe, NY 10707**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Triumph Legal Funding, LLC**
**140 Fairfield Road**
**Fairfield, NJ 07004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Verizon**
**PO Box 15124**
**Albany, NY 12212**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Virginia Secretary of State**
**P.O. Box 1197**
**Richmond, VA 23218**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Washington State SOS**
**PO Box 40220**
**Olympia, WA 98504-0220**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Liberty Bridge Capital Management GP, LLC | Case number (if known) | 20-10009 |
|---|---|---|---|
| | Name | | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wilmington Trust**
**P.O. Box 8955**
**Wilmington, DE 19899-8955**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wingman Marketing**
**25562 Old Course Way**
**San Clarita, CA 91355**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wisconsin Secretary of State**
**P.O. Box 7848**
**Madison, WI 53707**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 0.00 |

**Fill in this information to identify the case:**

Debtor name    **Liberty Bridge Capital Management GP, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **20-10009**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest      **broker services to provide leads for lawsuit, settlement and surgical funding**<br><br>        State the term remaining<br><br>        List the contract number of any government contract | **Bob Tansey**<br>**140 Fairfield Road**<br>**Fairfield, NJ 07004** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest      **employee training and database development**<br><br>        State the term remaining<br><br>        List the contract number of any government contract | **Key Operations Network, Inc.**<br>**132 Sawmill Road**<br>**Sparta, NJ 07871** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest      **backoffice services**<br><br>        State the term remaining<br><br>        List the contract number of any government contract | **Mighty Group Inc.**<br>**48 W. 25th Street, 3rd Floor**<br>**New York, NY 10010** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest      **payroll services**<br><br>        State the term remaining<br><br>        List the contract number of any government contract | **Paychex of New York**<br>**1175 John Street**<br>**West Henrietta, NY 14586** |

Debtor 1    **Liberty Bridge Capital Management GP, LLC**                        Case number (*if known*)    **20-10009**
            First Name                Middle Name                Last Name

| | |
|---|---|
| ■ | **Additional Page if You Have More Contracts or Leases** |

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.5.    State what the contract or lease is for and the nature of the debtor's interest<br><br>        State the term remaining<br><br>    List the contract number of any government contract    **broker services to provide leads for lawsuit, settlement and surgical funding** | **Triumph Legal Funding LLC<br>140 Fairfield Road<br>Fairfield, NJ 07004** |
| 2.6.    State what the contract or lease is for and the nature of the debtor's interest<br><br>        State the term remaining<br><br>    List the contract number of any government contract    **agreement for internet marketing services** | **Wingman Marketing** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Liberty Bridge Capital Management GP, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **20-10009** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | | Street <br><br> City   State   Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | | Street <br><br> City   State   Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | | Street <br><br> City   State   Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | | Street <br><br> City   State   Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    **Liberty Bridge Capital Management GP, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **20-10009**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| For prior year: From **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | **Unknown** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
    or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount
    may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
    listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
    debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                        Best Case Bankruptcy

| Debtor | **Liberty Bridge Capital Management GP, LLC** | Case number *(if known)* | **20-10009** |
|---|---|---|---|

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

□ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Lenders Funding, LLC v. Cash4Cases, Inc., Jaeson Birnnaum, Kenneth Birnbaum, and Liberty Bridge Capital Management GP, LLC 3:19-CV-08096-YGR** | **breach of contract and fraud** | **United States District Court, NDCA**<br>**Ronald V. Dellums Federal Building**<br>**& US Courthouse**<br>**1301 Clay Street**<br>**Oakland, CA 94612** | ■ Pending<br>□ On appeal<br>□ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | Liberty Bridge Capital Management GP, LLC | Case number *(if known)* 20-10009 |
| --- | --- | --- |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| | | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Klestadt Winters Jureller Southard & Stevens, LLP 200 West 41st Street, 17th Floor New York, NY 10036-7203** | | **12/30/19** | **$125,000.00** |
| | **Email or website address klestadt.com** | | | |
| | **Who made the payment, if not debtor? Liberty Bridge Capital Management IM, LLC paid aggregate retainer on behalf of affiliated debtors** | | | |
| 11.2. | **Ryniker Consultants, LLC 156 Dubois Avenue, Floor 2 Sea Cliff, NY 11579** | | **12/11/19 - $40,000 12/23/19 - $40,000** | **$80,000.00** |
| | **Email or website address brian@rynikerllc.com** | | | |
| | **Who made the payment, if not debtor? Liberty Bridge Capital Management IM, LLC paid aggregate retainer on behalf of affiliated debtors** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Debtor | Liberty Bridge Capital Management GP, LLC | Case number *(if known)* | 20-10009 |

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    

| Debtor | Liberty Bridge Capital Management GP, LLC | Case number *(if known)* | 20-10009 |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

---

Debtor    **Liberty Bridge Capital Management GP, LLC**    Case number *(if known)* **20-10009**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. **Liberty Bridge Capital Management, L.P.**<br>**280 Madison Avenue**<br>**New York, NY 10017** | **general partner** | **Dates business existed**<br>**EIN:    82-3406434**<br><br>**From-To** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Cipolla Finacial Advisors, LLC**<br>**1325 Avenue of the Americas , 28th Floor**<br>**New York, NY 10019** | |
| 26a.2. **EisnerAmper**<br>**750 Third Avenue**<br>**New York, NY 10017** | |
| 26a.3. **Teitelbaum & Company**<br>**500 Wythy Avenue**<br>**Brooklyn, NY 11249** | |
| 26a.4. **Marc M. Radin, P.C.**<br>**126 Valley Road, Second Floor**<br>**Glen Rock, NJ 07452** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Liberty Bridge Capital Management GP, LLC**                          Case number *(if known)* **20-10009**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Jaeson Birnbaum | 9 Cameron Road<br>Saddle River, NJ 07458 | Chief Executive Officer/Manager | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☐ No
- ☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Matthias Ederer | BC Partners<br>650 Madison Avenue, 23rd Floor<br>New York, NY 10022 | manager | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☑ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Liberty Bridge Capital Management GP, LLC** | Case number *(if known)* | **20-10009** |
|---|---|---|---|

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  3, 2020**

**/s/ Jaeson Birnbaum**                                        **Jaeson Birnbaum**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of New York

| | | | |
|---|---|---|---|
| In re | **Liberty Bridge Capital Management GP, LLC** | Case No. | **20-10009** |
| | Debtor(s) | Chapter | **7** |

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    **January  3, 2020**

**/s/ Jaeson Birnbaum**

**Jaeson Birnbaum**/**Chief Executive Officer**
Signer/Title

ALABAMA SECRETARY OF STATE
600 DEXTER AVENUE,
MONTGOMERY,, AL 36130


ALSTON & BIRD
90 PARK AVENUE
NEW YORK, NY 10016


AMERICAN LEGAL FINANCE ASSOCIATION
818 CONNECTICUT AVE NW SUITE 1100
WASHINGTON, DC 20006


ASHIRUS, LLC
181 CHERRY LANE
TEANECK, NJ 07666


BCP SPECIAL OPPORTUNITIES
FUND I HOLDINGS LP, AS AGENT
650 MADISON AVENUE, FLOOR 23
NEW YORK, NY 10022


BOB TANSEY
140 FAIRFIELD ROAD
FAIRFIELD, NJ 07004


BRONX COUNTY BAR ENDOWMENT FUND
851 GRAND CONCOURSE
ROOM 124
BRONX, NY 10451


CALIFORNIA SECRETARY OF STATE
1500 11TH STREET
SACRAMENTO, CA 95814


CIPOLLA FINANCIAL ADVISORS
851 FRANKLIN LAKE ROAD
FRANKLIN LAKES, NJ 07417


CNA SURETY
P.O BOX 957312
ST. LOUIS, MO 63195


CONNECTICUT SECRETARY OF STATE
30 TRINITY STREET
HARTFORD, CT 06106

COOP CAPITAL LLC
400 MADISON AVENUE, SUITE 4D
NEW YORK, NY 10016


CORPORATIONS & COMPANIES
910 FOULK ROAD, SUITE 201
WILMINGTON, DE 19803


CRM PASSPORT LLC
33 GOLD STREET APT. 322
NEW YORK, NY 10038


CSC
P.O. BOX 13397
PHILADELPHIA, PA 19101


CT CORPORATION
28 LIBERTY ST FLOOR 42
NEW YORK, NY 10005


DELAWARE SECRETARY OF STATE
401 FEDERAL STREET, #4
DOVER, DE 19901


DELUX CHECKS
3680 VICTORIA STREET
NORTH SHOREVIEW, MN 55126


DIVERSIFIED PRE-SETTLEMENT PORTFOLIO I
228 PARK AVENUE SOUTH
NEW YORK, NY 10003


DOM BEN REALTY CORPORATION
280 MADISON AVENUE
NEW YORK, NY 10016


EARTH CLASS MAIL
228 PARK AVE SOUTH
NEW YORK, NY 10003


EISNERAMPER
750 THIRD AVENUE
NEW YORK, NY 10017

```
FEDEX
P.O. BOX 371461
PITTSBURGH, PA 15250-7461


FLORIDA SECRETARY OF STATE
500 SOUTH BRONOUGH STREET
TALLAHASSEE, FL 32399


FREEDOMVOICE
5600 AVENIDA ENCINAS, SUITE 170
CARLSBAD, CA 92008


GENIUS COMPUTER SOLUTIONS, INC.
62 WILLIAMS STREET 4TH FLOOR
NEW YORK, NY 10005


GEORGIA CLERKS AUTHORITY
1875 CENTURY BOULEVARD, SUITE 100
ATLANTA, GA 30345


GOOGLE, LLC
1600 AMPITHEATHER PKWY
 MOUNTAIN VIEW, CA 94043


GSD COMPANY
135 E 57TH STREET
NEW YORK, NY 10022


HITOUCH
PO BOX 930257
ATLANTA, GA 31193


ILLINOIS SECRETARY OF STATE
213 STATE CAPITOL
SPRINGFIELD, IL 62756


INDIANA SECRETARY OF STATE
200 W. WASHINGTON STREET, ROOM 201
INDIANAPOLIS, IN 46204


ISIS COLON
207 GIBSON BLVD.
CLARK, NJ 07066
```

JACQUELINE A. NIGRO
PO BOX 1355
HOPEWELL JUNCTION, NY 12533


K & L GATES, LLP
1600 AMPITHEATHER PKWY
WILMINGTON, DE 19801


KEY OPERATIONS NETWORK, INC.
132 SAWMILL ROAD
SPARTA, NJ 07871


KORTHI CAPITAL LLC
129 W 12TH STREET
NEW YORK, NY 10011


LENDERS FUNDING, LLC
2200 FLETCHER AVENUE
FORT LESS, NJ 07407


LOUISIANA SOS
8585 ARCHIVES AVE
BATON ROUGE, LA 70809


MACIEL CRUZ
4111 ELBERTSON STREET, #662
ELMHURST, NY 11373


MAINE SECRETARY OF STATE
148 STATE HOUSE STATION
AUGUSTA, ME 04333


MASSACHUSETTS SECRETARY OF STATE
MASSACHUSETTS SECRETARY OF STATE - ONE A
BOSTON, MA 02108


MICHIGAN SECRETARY OF STATE
430 W ALLEGAN STREET
LANSING, MI 48918


MIGHTY GROUP INC
48 WEST 25TH STREET 3RD FLOOR
NEW YORK, NY 10010

MIGHTY GROUP INC.
48 W. 25TH STREET, 3RD FLOOR
NEW YORK, NY 10010


MISSISSIPPI SOS
401 MISSISSIPPI STREET
JACKSON, MS 39201


MISSOURI SECRETARY OF STATE
600 WEST MAIN STREET
JEFFERSON CITY, MO 65101


NES FINANCIAL CORP
50 W SAN FERNANDO STREET, SUITE 300
SAN JOSE, CA 95113


NEW MEXICO SOS
325 DON GASPAR SUITE 300
SANTA FE, NM 87501


NEW YORK SECRETARY OF STATE
123 WILLIAM STREET
NEW YORK, NY 10038


NJ SOS
P.O. BOX 450
TRENTON, NJ 08646-0303


OHIO SECRETARY OF STATE
22 N 4TH STREET
COLUMBUS, OH 43215


ORISEL PERDOMO
9201 LAMONT AVENUE, APT. 3G
ELMHURST, NY 11373


PASHMAN STEIN PC
COURT PLAZA SOUTH 21 MAIN ST #200
HACKENSACK, NJ 07601


PAT PAIT
132 SAW MILL ROAD
SPARTA, NJ 07871

PATRICK PAIT
132 SAW MILL RD
SPARTA, NJ 07871


PAYCHEX OF NEW YORK
1175 JOHN STREET
WEST HENRIETTA, NY 14586


PENNSYLVANIA SOS
401 NORTH STREET
HARRISBURG, PA 17120


PRISM ALT INCOME, LLC
15333 N. PIMA ROAD
SCOTTSDALE, AZ 85260


RALPH ATTANASIO
HUNTERS POINTE
MIDDLETOWN, NJ 07748


RAUL SLOEZEN
18 HASBROUCK AVENUE
EMERSON, NJ 07630


RCATV INC.
P.O. BOX 3243
GREENWOOD VILLAGE, CO 80155


ROBERT LIVOTI
47 BARRY ROAD
SCARSDALE, NY 10583


ROSEANNA GUTIERREZ
38-12 98TH STREET, 1ST FLOOR
CORONA, NY 11368


SALESFORCE.COM INC.
P.O. BOX 203141
DALLAS, TX 75320-3141


SARAH LOCKART
125 E 93RD STREET, APT. 5C
NEW YORK, NY 10128

SEGUE CLOUD SERVICES LLC
62 MILL HILL RD
WOODSTOCK, NY 12498


SHREDX
P.O BOX 462
LYNDHURST, NJ 07071


SIGNATURE BANK
261 MADISON AVE
NEW YORK, NY 10016


SOUTH CAROLINA SECRETARY OF STATE
1205 PENDLETON STREET
COLUMBIA, SC 29201


STANLEY DI CICCO
505 EAST 79TH STREET, APT. 6L
NEW YORK, NY 10075


STAPLES DIRECT
500 STAPLES DRIVE
FRAMINGHAM, MA 01702


STATE OF NEW YORK WORKERS' COMPENSATION
PO BOX 5200
BINGHAMTON, NY 13902


TENNESSEE SECRETARY OT STATE
312 ROSA L. PARKS AVENUE
NASHVILLE, TN 37243


TEXAS SECRETARY OF STATE
1019 BRAZOS STREET
AUSTIN, TX 78701


THE BETTER BUSINESS BUREAU
30 EAST 33RD STREET
NEW YORK, NY 10016


THOMAS MATARAZZO
3 WINSLOW CIRCLE
TUCKAHOE, NY 10707

TRIUMPH LEGAL FUNDING LLC
140 FAIRFIELD ROAD
FAIRFIELD, NJ 07004


TRIUMPH LEGAL FUNDING, LLC
140 FAIRFIELD ROAD
FAIRFIELD, NJ 07004


VERIZON
PO BOX 15124
ALBANY, NY 12212


VIRGINIA SECRETARY OF STATE
P.O. BOX 1197
RICHMOND, VA 23218


WASHINGTON STATE SOS
PO BOX 40220
OLYMPIA, WA 98504-0220


WILMINGTON TRUST
P.O. BOX 8955
WILMINGTON, DE 19899-8955


WINGMAN MARKETING
25562 OLD COURSE WAY
SAN CLARITA, CA 91355


WINGMAN MARKETING


WISCONSIN SECRETARY OF STATE
P.O. BOX 7848
MADISON, WI 53707

# United States Bankruptcy Court
## Southern District of New York

| In re | Liberty Bridge Capital Management GP, LLC | | Case No. | 20-10009 |
|---|---|---|---|---|
| | Debtor(s) | | Chapter | 7 |

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Liberty Bridge Capital Management GP, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| January  3, 2020 | /s/ Sean C. Southard |
|---|---|
| Date | Sean C. Southard |
| | Signature of Attorney or Litigant |
| | Counsel for   Liberty Bridge Capital Management GP, LLC |
| | Klestadt Winters Jureller Southard & Stevens, LLP |
| | 200 West 41st Street |
| | 17th Floor |
| | New York, NY 10036-7203 |
| | (212) 972-3000 Fax:(212) 972-2245 |
| | ssouthard@klestadt.com |