**COLE SCHOTZ P.C.**
Michael D. Sirota
Mark Tsukerman
1325 Avenue of the Americas,
19th Floor
New York, New York 10019
(212) 752-8000
(212) 752-8393 Fax

*Attorneys for US Claims OPCO LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| LIBERTY BRIDGE CAPITAL MANAGEMENT GP, LLC, *et al.*,[1] | Case No. 20-10009-SCC |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that US Claims OPCO LLC ("**US Claims**"), by and through its counsel, Cole Schotz. P.C., hereby appears in the above-captioned cases pursuant to rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and requests, pursuant to Bankruptcy Rule 2002, that all notices given or required to be given, and all papers served or required to be served, in this case be given and served upon the following persons at the office address, email addresses and telephone number indicated below:

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Liberty Bridge Capital Management GP, LLC (9236) (Case No. 20-10009); (ii) Cash4Cases, Inc. (8244) (Case No. 20-10010); (iii) Liberty Bridge Capital Management IM, LLC (2955) (Case No. 20-10011); (iv) Liberty Bridge Settlement Clearing, LLC (8144) (Case No. 20-10012); (v) Liberty Bridge Finco LLC (5215) (Case No. 20-10013); (vi) Liberty Bridge Capital Management, L.P. (6434) (Case No. 20-10014); (vii) Diversified PreSettlement Portfolio I, a Series of Liberty Bridge Capital Management, L.P. (1925) (Case No. 20-10015); and (viii) Diversified Pre-Settlement Portfolio II, a Series of Liberty Bridge Capital Management, L.P. (1660) (Case No. 20-10016).
60558/0001-18961273v1

**COLE SCHOTZ P.C.**
Michael D. Sirota
Mark Tsukerman
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
msirota@coleschotz.com
mtsukerman@coleschotz.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document filed with, or otherwise brought before, the Court with respect to the above-captioned bankruptcy proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, e-mail, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive US Claims' right: (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the US Claims is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: January 10, 2020

**COLE SCHOTZ P.C.**

By: */s/ Michael D. Sirota*
Michael D. Sirota
Mark Tsukerman
1325 Avenue of the Americas,
19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
msirtoa@coleschotz.com
mtsukerman@coleschotz.com

*Attorneys for US Claims OPCO LLC*