**THE LAW OFFICES OF RICHARD J. CORBI PLLC**
1501 Broadway, 12th Floor
New York, New York 10036
Telephone: (646) 571-2033
Email: rcorbi@corbilaw.com
Richard J. Corbi

*Counsel to CoOp Capital LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
:
**In re**                                : Chapter 7
:
**LIBERTY BRIDGE CAPITAL**    :
**MANAGEMENT GP LLC,** *et al.*,      : Case No. 20-10009 (SCC)
:
Debtors.[1]                   : (Jointly Administered)
:
----------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that The Law Offices of Richard J. Corbi PLLC hereby appears in the above-captioned cases (the "Chapter 7 Cases") as counsel for CoOp Capital LLC appointed in the above-captioned Chapter 7 Cases, pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 9074-1(c) of the Local Bankruptcy Rules for the Southern District of New York and Sections 102(1) and 1109(b) of the United States Bankruptcy Code and respectfully requests that all notices given or

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers are (i)Liberty Bridge Capital Management GP, LLC (9236) (Case No. 20-10009); (ii) Cash4Cases, Inc. (8244)(Case No. 20-10010); (iii) Liberty Bridge Capital Management IM, LLC (2955)(Case No. 20-10011); (iv) Liberty Bridge Settlement Clearing, LLC (8144)(Case No. 20-10012); (v) Liberty Bridge Finco LLC (5215)(Case No. 20-10013); (vi) Liberty Bridge Capital Management, L.P. (6434)(Case No. 20-10014); (vii) Diversified Pre-Settlement Portfolio I, a Series of Liberty Bridge Capital Management, L.P. (1925)(Case No. 20-10015); and (viii) Diversified Pre-Settlement Portfolio II, a Series of Liberty Bridge Capital Management, L.P. (1660)(Case No. 20-10016).

required to be given in this case, and all papers served or required to be served in the Chapter 7 Cases, be given to and served upon the following:

Richard J. Corbi, Esq.
**THE LAW OFFICES OF RICHARD J. CORBI PLLC**
1501 Broadway, 12th Floor
New York, New York 10036
Telephone: (646) 571-2033
Email: rcorbi@corbilaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, a request for service of all orders and notices of any application (including those required by Bankruptcy Rule 2002), motion, petition, pleading, request, complaint, or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise filed or made with regard to the Chapter 7 Cases and any and all adversary proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit shall constitute a waiver of the CoOp Capital LLC's rights (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in non-core matters entered only after *de novo* review by a higher court; (3) to trial by jury in any proceeding so triable herein or any case, controversy, or proceeding related to hereto; (4) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the CoOp Capital LLC is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the CoOp Capital LLC does not consent to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated:  April 6, 2020  **THE LAW OFFICES OF RICHARD J. CORBI PLLC**

*/s/ Richard J. Corbi*
Richard J. Corbi, Esq.
1501 Broadway, 12th Floor
New York, New York 10036
Telephone: (646) 571-2033
Email: rcorbi@corbilaw.com

*Counsel to CoOp Capital LLC*