# EXHIBIT A

Cases Still Pending Resolution
(to USC's knowledge)

| Plaintiff Name | Sale Agrement - Debtor Counterparty | Sale Agreement Contract Date | Amount Funded |
|---|---|---|---|
| Aaron Gutierrez | Cash4Cases, Inc. | 4/10/2019 | $ 21,350.00 |
| Aaron Jensen | Cash4Cases, Inc. | 6/14/2019 | $ 63,675.00 |
| Aaron Miller | Cash4Cases, Inc. | 2/28/2019 | $ 96,650.00 |
| Abihu Ortega | Cash4Cases, Inc. | 4/10/2019 | $ 20,150.00 |
| Adrian Harper | Cash4Cases, Inc. | 2/28/2019 | $ 79,350.00 |
| Amber Jolly | Cash4Cases, Inc. | 4/22/2019 | $ 23,250.00 |
| Benito Brito | Cash4Cases, Inc. | 3/15/2019 | $ 77,700.00 |
| Brian Cadena | Cash4Cases, Inc. | 1/30/2019 | $ 83,950.00 |
| Brian Cadena | Cash4Cases, Inc. | 7/26/2019 | $ 95,350.00 |
| Brian Ceballos | Cash4Cases, Inc. | 4/22/2019 | $ 11,500.00 |
| Claude Dormevil | Cash4Cases, Inc. | 4/22/2019 | $ 20,750.00 |
| Colin Martin | Cash4Cases, Inc. | 4/10/2019 | $ 12,000.00 |
| Craig Smith | Cash4Cases, Inc. | 3/25/2019 | $ 24,771.00 |
| Curtis Young | Cash4Cases, Inc. | 12/21/2018 | $ 148,564.00 |
| Daniel Palmer | Cash4Cases, Inc. | 5/8/2019 | $ 29,588.25 |
| Darren Ceasar | Cash4Cases, Inc. | 1/30/2019 | $ 46,750.00 |
| David Larkins | Cash4Cases, Inc. | 5/8/2019 | $ 6,300.00 |
| Diana Zhanay | Cash4Cases, Inc. | 4/30/2019 | $ 8,500.00 |
| Donna Drayton | Cash4Cases, Inc. | 3/25/2019 | $ 42,731.75 |
| Efrem Jones | Cash4Cases, Inc. | 1/11/2019 | $ 119,604.35 |
| Elva Villarreal | Cash4Cases, Inc. | 5/8/2019 | $ 18,050.00 |
| Elva Villarreal | Cash4Cases, Inc. | 8/9/2019 | $ 33,652.50 |
| Enercida Adames | Cash4Cases, Inc. | 3/25/2019 | $ 38,050.00 |
| Ezequiel Arce | Cash4Cases, Inc. | 4/22/2019 | $ 26,750.00 |
| Fernando Flores | Cash4Cases, Inc. | 6/7/2019 | $ 95,350.00 |
| Florence Penn | Cash4Cases, Inc. | 4/22/2019 | $ 6,350.00 |
| Francisco Ixtos | Cash4Cases, Inc. | 3/25/2019 | $ 40,350.00 |
| Gary Wood | Cash4Cases, Inc. | 2/28/2019 | $ 171,200.00 |
| Gerald Easley | Cash4Cases, Inc. | 5/8/2019 | $ 7,636.56 |
| Glenn Eldridge | Cash4Cases, Inc. | 1/30/2019 | $ 37,130.50 |
| Guadalupe Garcia | Cash4Cases, Inc. | 4/10/2019 | $ 12,162.83 |

Pending Cases
(to USC's knowledge)

| Plaintiff Name | Sale Agrement - Debtor Counterparty | Sale Agreement Contract Date | Amount Funded |
|---|---|---|---|
| Haitham Yasin | Cash4Cases, Inc. | 4/30/2019 | $ 6,350.00 |
| Ismael Garcia | Cash4Cases, Inc. | 3/25/2019 | $ 42,700.00 |
| James Lee George | Cash4Cases, Inc. | 1/30/2019 | $ 42,105.02 |
| Jamie Taylor | Cash4Cases, Inc. | 1/11/2019 | $ 36,450.00 |
| Jamie Taylor | Cash4Cases, Inc. | 8/9/2019 | $ 331,438.27 |
| Jason Doss | Cash4Cases, Inc. | 4/29/2019 | $ 61,034.09 |
| Jennie LeDeaux | Cash4Cases, Inc. | 4/10/2019 | $ 12,900.00 |
| Jeremy Souders | Cash4Cases, Inc. | 1/30/2019 | $ 28,895.00 |
| Jeremy Souders | Liberty Bridge Capital Management LP | 7/26/2019 | $ 84,596.00 |
| Jessica Villareal | Cash4Cases, Inc. | 4/10/2019 | $ 21,850.00 |
| Jesus Garcia | Cash4Cases, Inc. | 4/30/2019 | $ 60,350.00 |
| John Hults | Cash4Cases, Inc. | 5/8/2019 | $ 12,275.00 |
| Jorge Gonzalez | Cash4Cases, Inc. | 3/15/2019 | $ 74,624.23 |
| Jorge Lopez | Cash4Cases, Inc. | 4/10/2019 | $ 21,850.00 |
| Jose Portillo | Cash4Cases, Inc. | 3/15/2019 | $ 53,350.00 |
| Joshua Tisdale | Cash4Cases, Inc. | 1/11/2019 | $ 70,150.00 |
| Josiah Galloway | Cash4Cases, Inc. | 6/21/2019 | $ 84,687.27 |
| Juan Ornelas | Cash4Cases, Inc. | 5/8/2019 | $ 29,950.00 |
| Karla Jones | Cash4Cases, Inc. | 1/30/2019 | $ 15,150.00 |
| Karla Jones | Cash4Cases, Inc. | 8/9/2019 | $ 110,434.06 |
| Ken Johnson | Cash4Cases, Inc. | 1/30/2019 | $ 267,875.00 |
| Kristy Sims | Cash4Cases, Inc. | 5/31/2019 | $ 117,009.00 |
| Laura Broussard | Cash4Cases, Inc. | 1/30/2019 | $ 88,350.00 |
| Leroy Martinez | Cash4Cases, Inc. | 3/15/2019 | $ 76,450.00 |
| Letricia Lee | Cash4Cases, Inc. | 5/24/2019 | $ 2,300.00 |
| Lonnie Butler | Cash4Cases, Inc. | 1/30/2019 | $ 122,540.41 |
| Matias Moreno | Cash4Cases, Inc. | 3/15/2019 | $ 66,350.00 |
| Meghan De La Cruz | Liberty Bridge Capital Management L.P. | 8/23/2019 | $ 31,350.00 |
| Mercedes Baker | Cash4Cases, Inc. | 4/30/2019 | $ 64,943.77 |
| Michael Deleon | Liberty Bridge Capital Management L.P. | 8/23/2019 | $ 22,850.00 |
| Michael Eaglin | Cash4Cases, Inc. | 1/11/2019 | $ 237,524.54 |

Pending Cases
(to USC's knowledge)

| Plaintiff Name | Sale Agrement - Debtor Counterparty | Sale Agreement Contract Date | Amount Funded |
|---|---|---|---|
| Michael Fournier | Cash4Cases, Inc. | 1/11/2019 | $ 31,128.69 |
| Miguel Cabrera | Cash4Cases, Inc. | 4/30/2019 | $ 5,250.00 |
| Natalie Wharton | Cash4Cases, Inc. | 5/24/2019 | $ 5,275.00 |
| Noemi Garcia | Cash4Cases, Inc. | 4/22/2019 | $ 8,175.00 |
| Norma Casanova | Cash4Cases, Inc. | 2/28/2019 | $ 97,850.00 |
| Oscar Rodriguez | Cash4Cases, Inc. | 3/15/2019 | $ 63,850.00 |
| Ralph Garcia | Cash4Cases, Inc. | 4/22/2019 | $ 15,920.50 |
| Ramiro Moreal | Cash4Cases, Inc. | 4/10/2019 | $ 22,350.00 |
| Roberta Harding-Bridges | Cash4Cases, Inc. | 2/28/2019 | $ 138,047.00 |
| Roberto Carlos | Liberty Bridge Capital Management L.P. | 8/23/2019 | $ 31,350.00 |
| Rodrick Benson | Cash4Cases, Inc. | 12/21/2018 | $ 38,981.00 |
| Roland Matoyan | Cash4Cases, Inc. | 4/30/2019 | $ 6,250.00 |
| Ross Boutte | Cash4Cases, Inc. | 4/30/2019 | $ 67,350.00 |
| Ross Breaux | Cash4Cases, Inc. | 6/7/2019 | $ 146,732.05 |
| Ryan Guinn | Cash4Cases, Inc. | 1/30/2019 | $ 107,950.00 |
| Samuel Dampeer | Cash4Cases, Inc. | 1/30/2019 | $ 91,614.24 |
| Sharimara Stallings | Cash4Cases, Inc. | 4/22/2019 | $ 20,000.00 |
| Shea Anderson | Cash4Cases, Inc. | 4/10/2019 | $ 17,950.00 |
| Somasundaran Kumaran | Cash4Cases, Inc. | 5/31/2019 | $ 111,820.00 |
| Sterling Hampton | Cash4Cases, Inc. | 6/7/2019 | $ 273,578.00 |
| Steven Van Woerkom | Cash4Cases, Inc. | 3/15/2019 | $ 71,750.00 |
| Thelma Barreto | Cash4Cases, Inc. | 5/8/2019 | $ 11,750.00 |
| Victor Forney | Cash4Cases, Inc. | 3/15/2019 | $ 59,000.00 |
| Yayra Green | Cash4Cases, Inc. | 4/22/2019 | $ 31,400.00 |
| Yonatan Sanchez | Cash4Cases, Inc. | 1/30/2019 | $ 46,877.54 |