# EXHIBIT B

## Cases Resolved
### Debtors' Holding USC's Proceeds

| Plaintiff Name | Sale Agreement - Debtor Counterparty | Sale Agreement Contract Date | Amount Funded | Proceeds Collected | Source of Payment |
|---|---|---|---|---|---|
| Abel Quiroga | Cash4Cases, Inc. | 1/30/2019 | $ 199,714.60 | $ 300,648.60 | Attorney |
| Abraham Dominguez | Cash4Cases, Inc. | 8/9/2019 | $ 23,250.00 | $ 26,200.00 | Attorney |
| Abraham Dominguez | Cash4Cases, Inc. | 1/30/2019 | $ 81,650.00 | $ 104,800.00 | Attorney |
| Andrew Hammond | Cash4Cases, Inc. | 4/10/2019 | $ 19,600.00 | $ 32,345.94 | Attorney |
| Angel & Donald Barber | Cash4Cases, Inc. | 3/25/2019 | $ 36,750.00 | $ 43,855.87 | Another Funder |
| Brandon Roberts | Cash4Cases, Inc. | 4/22/2019 | $ 8,373.00 | $ 9,991.97 | Attorney |
| Brian Peace | Cash4Cases, Inc. | 1/30/2019 | $ 23,275.00 | $ 33,944.02 | Attorney |
| Byron Bell | Cash4Cases, Inc. | 3/25/2019 | $ 32,274.40 | $ 45,962.00 | Attorney |
| Carlos Sanchez | Cash4Cases, Inc. | 1/30/2019 | $ 75,500.00 | $ 107,426.33 | Another Funder |
| Carolina Gomez-Barocio | Cash4Cases, Inc. | 4/30/2019 | $ 7,150.00 | $ 11,434.82 | US Claims OPCO LLC |
| Charles Nance | Liberty Bridge Capital Management LP | 2/28/2019 | $ 132,478.80 | $ 186,176.49 | Attorney |
| Chiedu Obi | Cash4Cases, Inc. | 1/30/2019 | $ 57,950.00 | $ 84,346.10 | Attorney |
| Christian Koehler | Cash4Cases, Inc. | 5/8/2019 | $ 20,355.00 | $ 28,266.50 | Attorney |
| Christina Reynolds | Cash4Cases, Inc. | 3/15/2019 | $ 62,350.00 | $ 88,792.68 | Attorney |
| Christopher Arena | Cash4Cases, Inc. | 7/31/2019 | $ 246,533.22 | $ 382,500.00 | Attorney |
| Christopher Arena | Liberty Bridge Capital Management LP | 1/11/2019 | $ 22,550.00 | $ 42,500.00 | Attorney |
| Clarence LaFleur | Cash4Cases, Inc. | 2/20/2019 | $ 115,253.00 | $ 135,626.08 | Attorney |
| Dana Colwell | Cash4Cases, Inc. | 4/22/2019 | $ 29,151.18 | $ - | Write-off |
| Daniel Martinez | Cash4Cases, Inc. | 1/30/2019 | $ 80,350.00 | $ 125,000.00 | Another Funder |
| Darold Vanderburg | Cash4Cases, Inc. | 4/22/2019 | $ 15,150.00 | $ 33,488.48 | Attorney |
| David Frank | Cash4Cases, Inc. | 4/22/2019 | $ 13,371.00 | $ 18,515.94 | Another Funder |
| Deanna Vaughan | Diversified Pre-Settlement Portfolio II, a series of Liberty Bridge Capital Management L.P. | 8/23/2019 | $ 6,650.00 | $ 7,825.51 | Another Funder |
| Desmond Calloway | Cash4Cases, Inc. | 1/30/2019 | $ 35,027.28 | $ 46,269.04 | Attorney |
| Diane Piotrowski | Cash4Cases, Inc. | 5/8/2019 | $ 3,950.00 | $ 4,713.76 | Another Funder |
| Eddie Collins | Cash4Cases, Inc. | 3/15/2019 | $ 61,950.00 | $ 80,223.00 | Attorney |
| Erick Clayville | Cash4Cases, Inc. | 3/25/2019 | $ 29,000.00 | $ 31,000.00 | Attorney |
| Ernest Martinez | Cash4Cases, Inc. | 1/30/2019 | $ 114,480.00 | $ 200,716.87 | Attorney |
| Esperanse Ramos | Cash4Cases, Inc. | 5/31/2019 | $ 83,450.00 | $ 103,056.80 | Attorney |
| Felipe Castillo | Cash4Cases, Inc. | 3/25/2019 | $ 38,200.00 | $ 54,400.65 | Attorney |
| Felipe Maldonado | Cash4Cases, Inc. | 4/30/2019 | $ 152,435.43 | $ 258,593.23 | US Claims OPCO LLC |
| Fernando Martinez-Chavez | Cash4Cases, Inc. | 1/30/2019 | $ 175,000.00 | $ 336,638.62 | Attorney |
| Giancarlo Martinez | Cash4Cases, Inc. | 1/30/2019 | $ 48,401.00 | $ 79,361.38 | Attorney |
| Gloria Padilla | Cash4Cases, Inc. | 5/24/2019 | $ 4,450.00 | $ 5,310.44 | Another Funder |
| Hayden Dodge | Cash4Cases, Inc. | 1/30/2019 | $ 19,250.00 | $ 35,917.71 | Another Funder |
| Hayden Dodge | Cash4Cases, Inc. | 8/9/2019 | $ 29,286.38 | $ 54,644.14 | Another Funder |
| Hoa Diep | Cash4Cases, Inc. | 3/15/2019 | $ 56,202.00 | $ 95,513.07 | Attorney |
| Hugo Garcia | Cash4Cases, Inc. | 1/30/2019 | $ 27,383.00 | $ 39,749.47 | Attorney |
| Israel Rodriguez | Cash4Cases, Inc. | 3/15/2019 | $ 71,438.80 | $ 120,278.44 | Attorney |
| James Brown | Cash4Cases, Inc. | 4/22/2019 | $ 10,175.00 | $ 14,490.22 | Another Funder |
| James Burley | Cash4Cases, Inc. | 2/28/2019 | $ 89,894.86 | $ 146,066.68 | Attorney |

Cases Resolved
Debtors' Holding USC's Proceeds

| Plaintiff Name | Sale Agreement - Debtor Counterparty | Sale Agreement Contract Date | Amount Funded | Proceeds Collected | Source of Payment |
|---|---|---|---|---|---|
| Jasmine Lopez | Cash4Cases, Inc. | 2/28/2019 | $ 94,350.00 | $ 160,344.09 | Attorney |
| Jason Hood | Cash4Cases, Inc. | 4/22/2019 | $ 7,500.00 | $ 10,880.55 | Attorney |
| Jelani Alexander | Cash4Cases, Inc. | 3/25/2019 | $ 41,559.28 | $ 57,184.60 | US Claims OPCO LLC |
| Jerrett Foster | Cash4Cases, Inc. | 2/28/2019 | $ 80,503.00 | $ 123,780.28 | Attorney |
| Jim Newman | Cash4Cases, Inc. | 2/28/2019 | $ 85,725.04 | $ 102,300.57 | Attorney |
| Joaquin Ceja | Cash4Cases, Inc. | 1/30/2019 | $ 92,700.00 | $ 186,998.67 | US Claims OPCO LLC |
| Jose Salas | Cash4Cases, Inc. | 5/31/2019 | $ 60,350.00 | $ 77,045.16 | Another Funder |
| Joshua Griffin | Cash4Cases, Inc. | 1/30/2019 | $ 135,424.00 | $ 186,576.09 | Attorney |
| Justin Creekmore | Cash4Cases, Inc. | 1/11/2019 | $ 41,716.26 | $ 79,996.19 | Attorney |
| Karen Bolyer | Cash4Cases, Inc. | 3/15/2019 | $ 64,790.00 | $ 115,667.47 | Attorney |
| Kevin Beam | Cash4Cases, Inc. | 12/21/2018 | $ 18,900.00 | $ 39,302.06 | US Claims OPCO LLC |
| Kevin Beam | Cash4Cases, Inc. | 7/31/2019 | $ 70,350.00 | $ 146,290.98 | US Claims OPCO LLC |
| Kimberly Monroe-Hayes | Cash4Cases, Inc. | 4/22/2019 | $ 9,070.00 | $ 12,916.59 | Attorney |
| Kylie Neighbors | Liberty Bridge Capital Management LP | 7/31/2019 | $ 47,120.00 | $ 64,213.04 | US Claims OPCO LLC |
| Kylie Neighbors | Cash4Cases, Inc. | 5/8/2019 | $ 2,350.00 | $ 3,202.48 | US Claims OPCO LLC |
| Leonard Simonson | Cash4Cases, Inc. | 3/25/2019 | $ 29,805.00 | $ 44,000.00 | Attorney |
| Leroy Thornton | Cash4Cases, Inc. | 5/24/2019 | $ 53,400.00 | $ 76,046.98 | Attorney |
| Lindsay Bodin | Cash4Cases, Inc. | 12/21/2018 | $ 149,260.00 | $ 182,997.79 | Attorney |
| Maria Leal | Management L.P. | 8/23/2019 | $ 94,146.59 | $ 110,885.77 | Another Funder |
| Mario Ruiz | Cash4Cases, Inc. | 12/21/2018 | $ 30,350.00 | $ 35,714.92 | Attorney |
| Mark Junaitis | Diversified Pre-Settlement Portfolio II, a series of Liberty Bridge Capital Management L.P. | 8/23/2019 | $ 12,000.00 | $ 14,121.21 | US Claims OPCO LLC |
| Michael Callen | Cash4Cases, Inc. | 3/25/2019 | $ 23,250.00 | $ 14,121.21 | Another Funder |
| Mitchell Horne | Cash4Cases, Inc. | 5/8/2019 | $ 11,750.00 | $ 15,258.06 | Attorney |
| Morgan Young | Cash4Cases, Inc. | 4/22/2019 | $ 23,372.36 | $ 24,797.28 | Attorney |
| Mya Powders | Cash4Cases, Inc. | 7/26/2019 | $ 60,350.00 | $ 76,758.42 | Attorney |
| Mya Powders | Liberty Bridge Capital Management LP | 4/30/2019 | $ 67,000.00 | $ 85,216.47 | Attorney |
| Pablo Dominguez | Cash4Cases, Inc. | 1/30/2019 | $ 64,650.00 | $ 98,344.00 | US Claims OPCO LLC |
| Patrick Taylor | Cash4Cases, Inc. | 1/30/2019 | $ 20,600.00 | $ 31,169.59 | Attorney |
| Patty Longhouse | Cash4Cases, Inc. | 3/25/2019 | $ 23,451.07 | $ 27,985.50 | Attorney |
| Petra Carter | Cash4Cases, Inc. | 1/30/2019 | $ 65,150.00 | $ 106,166.47 | Attorney |
| Porfirio Gallaga | Liberty Bridge Capital Management LP | 7/31/2019 | $ 27,801.00 | $ 48,662.35 | US Claims OPCO LLC |
| Porfirio Gallaga | Cash4Cases, Inc. | 1/30/2019 | $ 70,970.00 | $ 119,138.87 | US Claims OPCO LLC |
| Raul Villanueva | Cash4Cases, Inc. | 8/9/2019 | $ 25,550.00 | $ 35,333.01 | Attorney |
| Raul Villanueva | Cash4Cases, Inc. | 1/30/2019 | $ 164,200.03 | $ 317,997.09 | Attorney |
| Reto Torriani | Cash4Cases, Inc. | 3/25/2019 | $ 29,200.00 | $ 39,218.80 | Attorney |
| Robert Abston | Cash4Cases, Inc. | 5/24/2019 | $ 3,300.00 | $ 4,973.68 | Attorney |
| Robert Shelton | Cash4Cases, Inc. | 2/28/2019 | $ 99,550.00 | $ 169,181.28 | Attorney |
| Robert Tubbe | Cash4Cases, Inc. | 7/26/2019 | $ 118,550.00 | $ 100,000.00 | US Claims OPCO LLC |
| Roberto Bautista | Liberty Bridge Capital Management LP | 7/31/2019 | $ 37,310.00 | $ 57,883.31 | Another Funder |
| Roberto Bautista | Cash4Cases, Inc. | 12/21/2018 | $ 25,466.00 | $ 38,588.88 | Another Funder |

**Cases Resolved**
**Debtors' Holding USC's Proceeds**

| Plaintiff Name | Sale Agreement - Debtor Counterparty | Sale Agreement Contract Date | Amount Funded | Proceeds Collected | Source of Payment |
|---|---|---|---|---|---|
| Rogelio Guzman | Cash4Cases, Inc. | 4/10/2019 | $ 21,350.00 | $ 29,565.13 | Attorney |
| Rosalie Rodriguez | Cash4Cases, Inc. | 7/31/2019 | $ 17,500.00 | $ 20,430.95 | Another Funder |
| Rosalie Rodriguez | Cash4Cases, Inc. | 4/10/2019 | $ 14,028.61 | $ 20,430.95 | Another Funder |
| Ruben Escamilla | Cash4Cases, Inc. | 1/30/2019 | $ 60,100.00 | $ 79,652.08 | Attorney |
| Shawne Latiolais | Cash4Cases, Inc. | 4/10/2019 | $ 11,750.00 | $ 19,969.00 | Attorney |
| Socorro Briseno | Liberty Bridge Capital Management LP | 4/30/3029 | $ 20,550.00 | $ 103,965.26 | Another Funder |
| Socorro Briseno | Cash4Cases, Inc. | 7/31/2019 | $ 88,350.00 | $ 25,991.31 | Another Funder |
| Stephanie Stell | Cash4Cases, Inc. | 3/15/2019 | $ 71,850.00 | $ 102,321.63 | Attorney |
| Steven Mendez | Cash4Cases, Inc. | 2/28/2019 | $ 117,950.00 | $ 200,000.00 | Attorney |
| Tabitha Ragsdal | Cash4Cases, Inc. | 3/15/2019 | $ 64,999.00 | $ 90,009.56 | Another Funder |
| Tashalene Moore-Ledford | Cash4Cases, Inc. | 4/22/2019 | $ 22,940.00 | $ 33,985.62 | Attorney |
| Ted Silva | Cash4Cases, Inc. | 4/10/2019 | $ 10,150.00 | $ 12,113.00 | Attorney |
| Timothy Davis | Cash4Cases, Inc. | 2/20/2019 | $ 97,100.00 | $ 122,000.00 | Attorney |
| Tony Villarreal-Dowlearn | Cash4Cases, Inc. | 1/30/2019 | $ 143,300.00 | $ 221,655.95 | Attorney |
| Ty Ridenhour | Cash4Cases, Inc. | 3/15/2019 | $ 48,394.78 | $ 50,000.00 | Attorney |
| Vandaven Johnson | Cash4Cases, Inc. | 8/9/2019 | $ 19,750.00 | $ 34,201.12 | Attorney |
| Vandaven Johnson | Cash4Cases, Inc. | 12/29/2018 | $ 125,600.00 | $ 217,501.81 | Attorney |
| Victor Sullivan | Cash4Cases, Inc. | 1/11/2019 | $ 82,243.00 | $ 135,770.43 | Attorney |
| Wanda Ingram | Cash4Cases, Inc. | 5/8/2019 | $ 10,275.00 | $ 12,091.00 | Attorney |
| William Barbosa | Cash4Cases, Inc. | 3/15/2019 | $ 50,925.19 | $ 70,067.24 | Attorney |