# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

LIBERTY BRIDGE CAPITAL MANAGEMENT
GP, LLC,

                                  Debtors.
-----------------------------------------------------------------x

Chapter 7

 Case No.: 20-10009 (SCC)
(Jointly Administered)

### ORDER AUTHORIZING RETENTION OF SILVERMANACAMPORA LLP AS ATTORNEYS FOR THE CHAPTER 7 TRUSTEE

Upon the application (the "**Application**"),[1] dated February 25, 2020, of Kenneth P. Silverman, Esq., the chapter 7 trustee (the "**Trustee**") of the jointly administered bankruptcy estates of Liberty Bridge Capital Management GP, LLC, Cash4Cases, Inc., Liberty Bridge Capital Management IM, LLC, Liberty Bridge Capital Management, L.P., Liberty Bridge Finco LLC, Liberty Bridge Settlement Clearing, LLC, Diversified Pre-Settlement Portfolio I, a Series of Liberty Bridge Capital Management, L.P., and Diversified Pre-Settlement Portfolio II, a Series of Liberty Bridge Capital Management, L.P., (collectively, the "**Debtors**"), seeking authority to employ SilvermanAcampora LLP ("**SilvermanAcampora**") to act as the Trustee's attorneys, and upon the declaration in support of the Application dated January 6, 2020 of Ronald J. Friedman, Esq., a member of SilvermanAcampora, which is annexed to the Application; and it appearing that: (i) SilvermanAcampora neither represents nor holds any interest adverse to the Debtors or their estates with respect to the matters upon which SilvermanAcampora is to be engaged; (ii) SilvermanAcampora is a "disinterested person" as that term is defined in §101(14) of title 11, United States Code (the "**Bankruptcy Code**"); (iii) SilvermanAcampora is a firm duly qualified to practice in the Courts of the State of New York and before this Court; and (iv) the employment of SilvermanAcampora is necessary and in the best interests of the Debtors' estates; it is hereby

**ORDERED**, that the Application is granted to the extent provided herein; and it is further

**ORDERED**, that that to the extent the Application is inconsistent with this Order, the

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Trustee's Application.

LMM/2368519.1/010001

terms of this Order shall govern; and it is further

**ORDERED**, that, notwithstanding any provision to the contrary in the Application, the Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order; and it is further

**ORDERED**, that in accordance with Bankruptcy Code §§ 327(a), 330 and 331 the Trustee is authorized to retain SilvermanAcampora as his attorneys, effective January 3, 2020, to provide services, including but not limited to, representing the Trustee for the purposes set forth in the Application; and it is further

**ORDERED**, that ten (10) business days prior to any increases in SilvermanAcampora's rates for any individual employed by SilvermanAcampora and retained by the Trustee pursuant to court order, SilvermanAcampora shall file a supplemental affidavit with the Court setting forth the basis for the requested rate increase pursuant to 11 U.S.C. § 330(a)(3)(F). Parties in interest, including the United States Trustee, retain all rights to object to or otherwise respond to any rate increase on any and all grounds, including, but not limited to, the reasonableness standard under 11 U.S.C. § 330. Supplemental affidavits are not required for rate increases effective on or after the date the Trustee submits the Trustee's Final Report to the United States Trustee, and, it is further

**ORDERED**, that no compensation or reimbursement of expenses shall be paid to SilvermanAcampora for professional services rendered to the Trustee, except upon proper application and by further order of this Court, after notice and a hearing.

Dated: New York, New York
      February 27, 2020

                             /S/ Shelley C. Chapman
                             Honorable Shelley C. Chapman
                             United States Bankruptcy Judge

**NO OBJECTION:**

Dated: New York, New York
      February 25, 2020

/s/Serene Nakano
Office of the United States Trustee

LMM/2368519.1/010001