# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

    LIBERTY BRIDGE CAPITAL                   Chapter 11
    MANAGEMENT GP, LLC, *et al.*,[1]           Case No. 20-10009 (SCC)
                                                             (Jointly Administered)
              Debtors.
-----------------------------------------------------------x

## CERTIFICATION UNDER GUIDELINES
## IN SUPPORT OF FIRST INTERIM APPLICATION OF
## SILVERMANACAMPORA LLP, ATTORNEYS FOR THE TRUSTEE, FOR
## ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR PERIOD JANUARY 3, 2020 THROUGH AND INCLUDING JUNE 30, 2020

Justin S. Krell, Esq., a member of the firm of SilvermanAcampora LLP (the "**Applicant**"), hereby submits this certification in compliance with the Local Bankruptcy Rules, and General Order M-447 dated January 29, 2013 Re: Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases (the "**Guidelines**").

    1.      Applicant serves as attorneys for Kenneth P. Silverman, Esq., the chapter 7 trustee (the "**Trustee**") of the jointly administered estates of Liberty Bridge Capital Management GP, LLC, *et al.* (collectively, the "**Debtors**"), the above-captioned debtors.

    2.      On behalf of the Applicant, I submit that I have read Applicant's First Interim Fee Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses For the Period of January 3, 2020 through June 30, 2020 dated July 27, 2020 (the "**Application**"), and to the best of my knowledge, information, and belief, formed after reasonable

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Liberty Bridge Capital Management GP, LLC (9236) (Case No. 20-10009); (ii) Cash4Cases, Inc. (8244)(Case No. 20-10010); (iii) Liberty Bridge Capital Management IM, LLC (2955)(Case No. 20-10011); (iv) Liberty Bridge Capital Management, L.P. (6434)(Case No. 20-10012); (v) Liberty Bridge Finco LLC (5215)(Case No. 20-10013); (vi) Liberty Bridge Settlement Clearing, LLC (8144)(Case No. 20-10014); (vii) Diversified Pre- Settlement Portfolio I, a Series of Liberty Bridge Capital Management, L.P. (1925)(Case No. 20-10015); and (viii) Diversified Pre-Settlement Portfolio II, a Series of Liberty Bridge Capital Management, L.P. (1660)(Case No. 20-10016).

inquiry, the Application complies with the Guidelines. Moreover, to the best of my knowledge, information and belief, formed after reasonable inquiry, the fees and disbursements sought within the Application fall within the requirements set forth in the Guidelines.

3.  Additionally, this Certification is submitted pursuant to Rule 2016(a) of the Federal Rules of Bankruptcy Procedure in support of the Application.

4.  All services for which Applicant seeks compensation are professional and para-professional services performed for and on behalf of the Trustee and the Debtors estates and not on behalf of any other person or entity.

5.  In accordance with 18 U.S.C. § 155, neither I nor any partner, associate or counsel of Applicant has entered into any agreement, express of implied, with any other party in interest for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the Debtors' estates.

6.  In accordance with Bankruptcy Code §504, no agreement or understanding exists between me, Applicant, or any partner, associate or counsel thereof, on the one hand, and any other person or entity, on the other hand, for the division of the compensation the Applicant may receive or has received for services rendered in connection with this case, nor will any division of fees prohibited by Bankruptcy Code §504 be made by me or any partner, associate or counsel of Applicant.

7.  The fees and disbursements sought in the Application are billed at the rates in accordance with the practice customarily employed by Applicant and generally accepted by Applicant's clients in bankruptcy and non-bankruptcy matters.

8. I further certify that Applicant does not make a profit on its reimbursable services. Applicant, in seeking reimbursement for a service justifiably purchased or contracted for, requests reimbursement only for the amount billed and paid by Applicant.

Dated: Jericho, New York
      July 27, 2020

                                                SILVERMANACAMPORA LLP
                                                Attorneys for Kenneth P. Silverman, Esq.,
                                                  the Chapter 7 Trustee

                                                By:  *s/Justin S. Krell*
                                                      Justin S. Krell
                                                Member of the Firm
                                                100 Jericho Quadrangle, Suite 300
                                                Jericho, New York 11753
                                                (516) 479-6300