UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                                    Chapter 7

LIBERTY BRIDGE CAPITAL MANAGEMENT                    Case No. 20-10009 (SCC)
GP, LLC, *et al.,*

                                                                                          (Jointly Administered)
                                         Debtors.
-----------------------------------------------------------------x

### ORDER GRANTING TRUSTEE'S MOTION SEEKING AUTHORIZATION TO CONTINUE THE OPERATIONS OF THE DEBTORS' BUSINESS PURSUANT TO THE TERMS OF THE OPERATIONS ORDER ENTERED BY THE COURT ON MARCH 12, 2020 [ECF DOC. NO. 52]

Upon the motion (the "**Motion**")[1] of Kenneth P. Silverman, Esq., the chapter 7 trustee (the "**Trustee**") of the Debtors'[2] estates (the "**Estates**"), seeking entry of an order (i) pursuant to Section 721 of Title 11 of the United State Code (the "**Bankruptcy Code**"), authorizing him to continue the operations of the Debtors' business pursuant to the terms of the Operations Order (as defined herein) on an additional, limited basis for an additional period of up to 120 days, subject to such further extensions, as may be warranted under the circumstances; and notice of the Motion having been served on (a) Debtors' counsel, (b) the Office of the United States Trustee, (c) the Interested Parties, (d) all creditors of the Debtors alleging a secured claim against the Debtors, as scheduled by the Debtors in the Petitions, and (f) all entities that have properly served and filed Notices of Appearance in the Debtors' cases, and such notice being sufficient under the

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

[2] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Liberty Bridge Capital Management GP, LLC (9236) (Case No. 20-10009); (ii) Cash4Cases, Inc. (8244)(Case No. 20-10010); (iii) Liberty Bridge Capital Management IM, LLC (2955)(Case No. 20-10011); (iv) Liberty Bridge Capital Management, L.P. (6434)(Case No. 20-10012); (v) Liberty Bridge Finco LLC (5215)(Case No. 20-10013); (vi) Liberty Bridge Settlement Clearing, LLC (8144)(Case No. 20-10014); (vii) Diversified Pre- Settlement Portfolio I, a Series of Liberty Bridge Capital Management, L.P. (1925)(Case No. 20-10015); and (viii) Diversified Pre-Settlement Portfolio II, a Series of Liberty Bridge Capital Management, L.P. (1660)(Case No. 20-10016).

1

circumstances; and upon this Court's Order entered on March 12, 2020, granting the Trustee authority, pursuant to 11 U.S.C. § 721, to operate the Debtors' business on a limited basis, and establishing procedures pursuant to 11 U.S.C. § 105(A) and Rule 9019(B) of the Federal Rules of Bankruptcy Procedure for the settlement of litigation advances for the benefit of the Debtors' estates (the "**Operations Order**") [ECF Doc. No. 52], and upon this Court's Order entered on July 7, 2020, extending the Trustee's time to operate the Debtors' business under the terms of the Operations Order through and including July 23, 2020 (the "**Operations Deadline**") [ECF Doc. No. 90]; and upon the Hearing held before the Court on August 20, 2020, to consider the Motion, the record of which is incorporated herein by reference; and after due deliberation and sufficient cause appearing that the relief requested in the Motion is in the best interest of the Estates and their creditors; it is now hereby

**ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is granted.

2. The Operations Order is hereby modified for the sole purpose of further extending the Operations Deadline through and including November 20, 2020 (the "**Extended Operations Deadline**").

3. All other provisions of the Operations Order shall remain in full force and effect.

4. The Trustee is authorized, empowered, and directed to do such things and execute such documents as are necessary to implement the terms of his appointment and the conditions of this Order.

5. Entry of this Order is without prejudice to the right of (a) the Trustee to seek further extensions of the Extended Operations Deadline upon notice to parties in interest, including the Interested Parties, or (b) any parties' ability to seek an order of the Court terminating the Trustee's

rights and authority under the Operations Order with respect to any Funding Documents upon notice to parties-in-interest, including the Interested Parties.

6.  The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: New York, New York
       August 24, 2020

/S/ Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge
