Christopher J. Major, Esq.
**MEISTER SEELIG & FEIN LLP**
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
Email: cjm@msf-law.com
*Attorneys for Eric Dinowitz, Joan Dinowitz, Andrew Perry, Betty Rapaport, Marci Rapaport, Ruth Gropper, Stephen Knaster, and Elaine Davis*

Hearing Date: September 27, 2021
Time: 12:00 p.m.
Objections Due: September 20, 2021

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LIBERTY BRIDGE CAPITAL MANAGEMENT GP, LLC, *et al.*,<br><br>                                        Debtors. | Chapter 7<br><br>Case No. 20-10009-SCC<br><br>(Jointly Administered)[1] |

## DECLARATION OF ELAINE DAVIS IN OPPOSITION TO TRUSTEE'S OBJECTIONS TO HER PROOF OF CLAIMS (ECF 231)

I, Elaine Davis, hereby declare as follows:

1.    I am a secured creditor in the above-entitled lawsuit involving the bankruptcy of Cash4Cases, Inc. I make this declaration in opposition to a Trustee who has objected to my claim. I have personal knowledge of these matters and would be able to testify about them if called upon to do so.

2.    I am a 91 year old widowed retiree. I invested $150,000 in Cash4Cases in 2016 and renewed my investment in 2018. This is the only investment I have made in this business or in any business of this type or any type.

_____

3. Given this was my only investment, I did not regularly take assignments of Cash4Cases accounts and was not part of the company's regular course of commercial financing.

4. I have never invested in anything other than Cash4Cases that required the filing of something to enable me to be repaid. I am not certain I understand what a UCC-1 Financing statement is, and had no knowledge that any such a statement was necessary to file in order to keep my status as a preferred creditor until I learned of it when my son, Stephen Knaster, assisted me to file my Proof of Claim last year many months after the bankruptcy of Cash4Cases.

I declare under penalty of perjury under the laws of the United States of America and the State of Tennessee that the foregoing is true and correct.

Executed on September 20, 2021 in Mount Juliet, Tennessee.

*Elaine Davis*

Elaine Davis

2