**SILVERMANACAMPORA LLP**
Counsel to Kenneth P. Silverman, Esq.,
 The Chapter 7 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Justin S. Krell
Nicholas J. Bebirian

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                    Chapter 7

LIBERTY BRIDGE CAPITAL MANAGEMENT        Case No. 20-10009 (SCC)
GP, LLC, *et al.,*

                                                                          (Jointly Administered)
                                Debtors.
-----------------------------------------------------------------x

# CERTIFICATE OF NO OBJECTION

Pursuant to 28 U.S.C. § 1746, SilvermanAcampora LLP, attorneys for Kenneth P. Silverman, Esq., the chapter 7 trustee (the "Trustee") for the jointly administered bankruptcy estates of Liberty Bridge Capital Management GP, LLC, *et al.* (collectively, the "Debtors")[1], respectfully represents and certifies as follows:

1.    On September 2, 2021 and September 3, 2021, the following applications were filed: (i) the *Third Interim Application of Prager Metis CPAs LLC, as Tax Accountants for the Trustee, for Allowance of Compensation for the period March 1, 2021 through July 31, 2021* (*See* ECF Doc. No. 244); (ii) the *Second Interim Application of Kroll Associates, Inc., as Forensic Accountants for the Trustee, for Allowance of Fees and Expenses for the period March 21, 2021*

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Liberty Bridge Capital Management GP, LLC (9236) (Case No. 20-10009); (ii) Cash4Cases, Inc. (8244)(Case No. 20-10010); (iii) Liberty Bridge Capital Management IM, LLC (2955)(Case No. 20-10011); (iv) Liberty Bridge Settlement Clearing, LLC (8144)(Case No. 20-10012); (v) Liberty Bridge Finco LLC (5215)(Case No. 20-10013); (vi) Liberty Bridge Capital Management, L.P. (6434)(Case No. 20-10014); (vii) Diversified Pre-Settlement Portfolio I, a Series of Liberty Bridge Capital Management, L.P. (1925)(Case No. 20-10015); and (viii) Diversified Pre-Settlement Portfolio II, a Series of Liberty Bridge Capital Management, L.P. (1660)(Case No. 20-10016).

through July 31, 2021 (*See* ECF Doc. No. 245); (iii) the *Fourth Interim Application of Ryniker Consultants, LLC, as Financial Advisors to the Trustee, for Allowance of Fees and Expenses for the period March 1, 2021 through July 31, 2021* (*See* ECF Doc. No. 246); and (iv) the *Fourth Interim Application of SilvermanAcampora LLP, Attorneys for the Trustee, for Allowance of Fees and Expenses for the period March 1, 2021 through July 31, 2021* (*See* ECF Doc. No. 248) (collectively, the "Applications"). The *Notice of Hearing on the Applications* (the "Notice"), which provided for a hearing date of September 27, 2021 at 12:00 p.m., was also filed on September 3, 2021 (*See* ECF Doc. No. 249).

2. On September 3, 2021, the Trustee served the Applications and Notice on: (i) the Debtors and their counsel, (ii) the Office of the United States Trustee, (iii) all parties that have filed a notice of appearance in the Debtors' cases, and (iv) all creditors of the Debtors' estates as set forth on the schedules filed by the Debtors with this Court or having filed a proof of claim with this Court; and indicated to interested parties that objections to the Applications were due to be filed no later than September 20, 2021 (the "Objection Deadline"). On September 7, 2021, an Affidavit of Service evidencing service of the Applications and the Notice was filed (*See* ECF Doc. No. 251).

3. The Objection Deadline has passed and (i) the Applications were filed and served in a timely fashion, (ii) no objection has been filed or served on the applicants, (iii) there is no objection, responsive pleading or request for a hearing with respect to the Applications on the docket, and (iv) the Trustee is no aware of any informal objection.

4. Based on the foregoing, the Hearing is cancelled.

5. The Trustee respectfully requests that the Court grant the Applications and that the Proposed Order be entered at the Court's earliest convenience.

Dated: Jericho, New York
September 23, 2021

**SILVERMANACAMPORA LLP**
Counsel to Kenneth P. Silverman, Esq.,
The Chapter 7 Trustee

By: *s/ Justin S. Krell*
Justin S. Krell
Member of the Firm
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300