

Nicholas J. Bebirian
516.479.6311
NBebirian@SilvermanAcampora.com

100 Jericho Quadrangle
Suite 300
Jericho, New York 11753

September 23, 2021

<u>**VIA ECF**</u>
Honorable Shelley C. Chapman
U.S. Bankruptcy Court, SDNY
One Bowling Green
New York, New York 10004-1408

    **Re: Liberty Bridge Capital
    Management GP, LLC,** *et al.*
    **Chapter 7
    <u>Case No. 20-10009 (SCC)</u>
    Our File No.  010001.756**

Dear Judge Chapman:

  This firm is counsel to Kenneth P. Silverman, Esq., the Chapter 7 Trustee of the above referenced bankruptcy estates.

  This letter shall confirm that the following motions and all related opposition have been adjourned from Monday, September 27, 2021 at 12:00 p.m. **to Monday, October 25, 2021 at 10:00 a.m.**: (i) Substantive Consolidation Motion (*See* ECF Doc. No. 247); (ii) Motion for Objection to Claim Number 11 filed by Kenneth Birnbaum (*See* ECF. Doc. No. 223); (iii) Motion for Objection to Claim Number 12 filed by Andrew Perry (*See* ECF Doc. No. 224); (iv) Motion for Objection to Claim Number 24 filed by Marci Rapaport (*See* ECF Doc. No. 225); (v) Motion for Objection to Claim Number 25 filed by Ruth Gropper (*See* ECF Doc. No. 226); (vi) Motion for Objection to Claim Number 26 filed by Betty Rapaport (*See* ECF Doc. No. 227); (vii) Motion for Objection to Claim Number 9 filed by Eric Dinowitz (*See* ECF Doc. No. 228); (viii) Motion for Objection to Claim Number 10 filed by Joan Dinowitz (*See* ECF Doc. No. 229); (ix) Motion for Objection to Claim Number 16 filed by Stephen Knaster (*See* ECF Doc. No. 230); and (x) Motion for Objection to Claim Number 17 filed by Elaine Davis (*See* ECF Doc. No. 231).

  If Your Honor has any questions regarding the foregoing, please have a member of your staff contact me.

            Respectfully,

            *s/ Nicholas J. Bebirian*
            Nicholas J. Bebirian

NJB:bjn
Cc: Kenneth P. Silverman, Esq., Chapter 7 Trustee (via email)

2752355v1 / 010001.756 / NBEBIRIAN