# Exhibit A

Transfers

| | | | |
|---|---|---|---:|
| **Capital One** | | | |
| 12/5/2017 | | | $50,000.00 |
| **Other Transfers** | | **Total** | **$50,000.00** |
| | | | |
| 1/25/2018 | | | $50,000.00 |
| 2/6/2019 | | | $500.00 |
| **Two Year Transfers** | | **Total** | **$50,500.00** |
| Capital One Total | | | $100,500.00 |