# Exhibit A

Transfers

**NES Financial Corp**

| | | | |
|---|---|---|---|
| 12/7/2017 | | | $2,500.00 |
| **Other Transfers** | | **Total** | **$2,500.00** |
| | | | |
| 1/5/2018 | | | $2,500.00 |
| 2/8/2018 | | | $2,500.00 |
| 3/6/2018 | | | $2,500.00 |
| 4/5/2018 | | | $3,500.00 |
| 5/2/2018 | | | $3,500.00 |
| 6/6/2018 | | | $3,500.00 |
| 7/10/2018 | | | $3,500.00 |
| 8/13/2018 | | | $3,500.00 |
| 9/17/2018 | | | $3,500.00 |
| 10/5/2018 | | | $3,500.00 |
| 11/14/2018 | | | $3,500.00 |
| 12/10/2018 | | | $3,500.00 |
| 1/9/2019 | | | $3,500.00 |
| 2/8/2019 | | | $3,500.00 |
| 3/5/2019 | | | $3,500.00 |
| 4/4/2019 | | | $3,500.00 |
| 5/15/2019 | | | $3,500.00 |
| 8/26/2019 | | | $3,500.00 |
| 9/17/2019 | | | $3,500.00 |
| 9/27/2019 | | | $3,500.00 |
| **Two Year Transfers** | | **Total** | **$67,000.00** |
| **NES Financial Corp Total** | | | **$69,500.00** |