# Exhibit A

Transfers

**CRM Passport LLC**

| Date | Amount |
|---|---|
| 8/27/2018 | $16,312.50 |
| 12/19/2018 | $13,050.00 |
| 2/1/2019 | $1,631.25 |
| 3/4/2019 | $2,970.00 |
| 3/8/2019 | $5,625.00 |
| 5/30/2019 | $5,737.50 |
| **CRM Passport LLC Total** | **$45,326.25** |