# Exhibit A

## Transfers

| | | |
|---|---|---:|
| **COINBASE.COM/BTC** | | |
| 12/26/2017 | | $15,000.00 |
| **Other Transfers** | **Total** | **$15,000.00** |
| | | |
| 1/9/2018 | | $15,000.00 |
| 1/12/2018 | | $7,000.00 |
| 2/20/2018 | | $15,000.00 |
| **Two year Transfers** | **Total** | **$37,000.00** |
| COINBASE.COM/BTC | | |
| Total | | $52,000.00 |