# Exhibit A

Transfers

**Litigation Capital Investors**

| Date | Amount |
|------|--------|
| 1/25/2018 | $14,000.00 |
| 4/5/2018 | $2,397.75 |
| 4/11/2018 | $11,250.00 |
| 4/20/2018 | $9,546.90 |
| 4/20/2018 | $6,000.00 |
| 4/27/2018 | $6,000.00 |
| 4/27/2018 | $2,100.00 |
| 4/27/2018 | $1,232.25 |
| 5/11/2018 | $3,281.01 |
| 5/18/2018 | $13,263.60 |
| 5/18/2018 | $1,520.00 |
| 5/18/2018 | $1,500.00 |
| 5/29/2018 | $1,511.40 |
| 6/11/2018 | $1,500.00 |
| 6/25/2018 | $5,988.15 |
| 7/9/2018 | $3,000.00 |
| 7/9/2018 | $1,500.00 |
| 7/16/2018 | $2,500.00 |
| 7/23/2018 | $5,675.00 |
| 7/23/2018 | $1,500.00 |
| 7/23/2018 | $300.00 |
| 7/25/2018 | $11,654.00 |
| 8/3/2018 | $7,500.00 |
| 8/3/2018 | $4,500.00 |
| 8/3/2018 | $4,001.25 |
| 8/3/2018 | $3,000.00 |
| 8/23/2018 | $7,485.00 |
| 9/17/2018 | $600.00 |
| 9/21/2018 | $3,000.00 |
| 10/12/2018 | $4,188.15 |
| 10/12/2018 | $3,658.50 |
| 10/12/2018 | $2,250.00 |
| 10/12/2018 | $600.00 |

| Date | Amount |
|---|---|
| 10/19/2018 | $11,292.23 |
| 10/29/2018 | $3,000.00 |
| 10/29/2018 | $2,151.75 |
| 10/29/2018 | $2,126.25 |
| 11/5/2018 | $3,692.23 |
| 11/5/2018 | $3,341.79 |
| 11/5/2018 | $2,692.00 |
| 11/13/2018 | $3,000.00 |
| 11/13/2018 | $2,250.00 |
| 11/26/2018 | $2,736.56 |
| 11/26/2018 | $2,250.00 |
| 11/26/2018 | $1,797.75 |
| 11/26/2018 | $750.00 |
| 12/3/2018 | $4,402.20 |
| 12/3/2018 | $3,000.00 |
| 12/3/2018 | $1,800.00 |
| 12/3/2018 | $833.33 |
| 12/10/2018 | $8,241.71 |
| 12/10/2018 | $4,500.00 |
| 12/10/2018 | $1,409.70 |
| 12/10/2018 | $798.28 |
| 12/14/2018 | $10,000.00 |
| 12/31/2018 | $250.00 |
| 1/8/2019 | $12,000.00 |
| 1/8/2019 | $7,500.00 |
| 1/8/2019 | $4,500.00 |
| 1/10/2019 | $1,500.00 |
| 1/23/2019 | $750.00 |
| 1/31/2019 | $6,000.00 |
| 1/31/2019 | $4,500.00 |
| 2/7/2019 | $6,000.00 |
| 2/7/2019 | $3,225.00 |
| 2/7/2019 | $1,083.75 |
| 3/18/2019 | $2,550.00 |
| 3/18/2019 | $416.66 |
| 4/12/2019 | $6,950.73 |
| 4/12/2019 | $600.00 |
| 4/12/2019 | $450.00 |
| 4/18/2019 | $4,500.00 |
| 4/18/2019 | $3,000.00 |
| 4/18/2019 | $2,250.00 |
| 4/18/2019 | $2,000.00 |
| 4/18/2019 | $1,927.81 |

| Date | Amount |
|---|---|
| 4/18/2019 | $1,618.00 |
| 4/18/2019 | $750.00 |
| 4/26/2019 | $15,000.00 |
| 4/26/2019 | $8,375.11 |
| 5/3/2019 | $3,000.00 |
| 5/3/2019 | $450.00 |
| 5/13/2019 | $30,000.00 |
| 5/20/2019 | $4,500.00 |
| 6/4/2019 | $3,000.00 |
| 6/4/2019 | $300.00 |
| 6/5/2019 | $3,000.00 |
| 6/5/2019 | $2,400.00 |
| 6/5/2019 | $1,875.00 |
| 6/5/2019 | $375.00 |
| 6/5/2019 | $300.00 |
| 6/12/2019 | $225.00 |
| 6/13/2019 | $225.00 |
| 6/17/2019 | $4,500.00 |
| 6/28/2019 | $3,000.00 |
| 7/1/2019 | $3,000.00 |
| 7/1/2019 | $1,500.00 |
| 7/1/2019 | $225.00 |
| 7/3/2019 | $40.00 |
| 7/22/2019 | $3,000.00 |
| 7/29/2019 | $375.00 |
| 9/16/2019 | $450.00 |
| Litigation Capital Investors Total | $387,505.80 |