# Exhibit A

Transfers

**CUMBERLAND MINING & MATERI**
| | |
|---|---|
| 12/8/2017 | $100,000.00 |
| CUMBERLAND MINING & MATERI Total | $100,000.00 |