# Exhibit A

Transfers

**VFS,Inc**
| | |
|---|---|
| 4/15/2019 | $28,700.00 |
| **VFS,Inc Total** | **$28,700.00** |