# Exhibit A

Transfers

**FBO LAWRENCE LOVECCHIO**
| | |
|---|---|
| 3/29/2018 | $55,334.69 |
| 8/2/2018 | $23,396.00 |
| 10/4/2018 | $40,376.67 |
| **FBO LAWRENCE LOVECCHIO Total** | **$119,107.36** |