# Exhibit A

Transfers

**Steven Goldstein**

| Date | | Amount |
|---|---|---:|
| 1/4/2018 | $ | 1,666.66 |
| 1/22/2018 | $ | 50,833.33 |
| 2/1/2018 | $ | 833.33 |
| 2/26/2018 | $ | 1,666.66 |
| 3/1/2018 | $ | 833.33 |
| 3/8/2018 | $ | 1,500.00 |
| 3/12/2018 | $ | 47,245.00 |
| 3/12/2018 | $ | 5,000.00 |
| 3/12/2018 | $ | 416.67 |
| 3/13/2018 | $ | 41,499.00 |
| 3/13/2018 | $ | 1,000.00 |
| 3/22/2018 | $ | 833.33 |
| 4/2/2018 | $ | 833.33 |
| 4/2/2018 | $ | 416.67 |
| 4/5/2018 | $ | 4,500.00 |
| 4/23/2018 | $ | 50,833.33 |
| 4/23/2018 | $ | 833.33 |
| 5/1/2018 | $ | 1,666.66 |
| 5/1/2018 | $ | 416.67 |
| 5/11/2018 | $ | 2,500.00 |
| 5/11/2018 | $ | 2,000.00 |
| 5/23/2018 | $ | 2,500.00 |
| 5/25/2018 | $ | 3,500.00 |
| 5/29/2018 | $ | 6,000.00 |
| 5/30/2018 | $ | 50,000.00 |
| 5/30/2018 | $ | 36,250.00 |
| 5/30/2018 | $ | 1,000.00 |
| 5/31/2018 | $ | 1,408.12 |
| 6/1/2018 | $ | 2,000.00 |
| 6/1/2018 | $ | 1,000.00 |
| 6/1/2018 | $ | 2,499.99 |
| 6/1/2018 | $ | 416.67 |
| 6/4/2018 | $ | 3,500.00 |
| 6/5/2018 | $ | 78,000.00 |

| Date | Amount |
|---|---:|
| 6/25/2018 | $ 50,833.33 |
| 7/2/2018 | $ 2,499.99 |
| 7/2/2018 | $ 416.67 |
| 8/2/2018 | $ 3,333.32 |
| 8/2/2018 | $ 416.67 |
| 8/6/2018 | $ 2,000.00 |
| 8/7/2018 | $ 2,500.00 |
| 8/7/2018 | $ 1,220.00 |
| 8/10/2018 | $ 7,500.00 |
| 8/10/2018 | $ 2,551.00 |
| 8/10/2018 | $ 1,800.00 |
| 8/13/2018 | $ 87.50 |
| 8/16/2018 | $ 2,457.00 |
| 8/17/2018 | $ 12,045.00 |
| 8/31/2018 | $ 50,833.33 |
| 8/31/2018 | $ 2,499.99 |
| 8/31/2018 | $ 416.67 |
| 9/4/2018 | $ 21,114.75 |
| 10/1/2018 | $ 2,499.99 |
| 10/1/2018 | $ 416.67 |
| 11/2/2018 | $ 2,499.99 |
| 11/2/2018 | $ 416.67 |
| 12/3/2018 | $ 2,499.99 |
| 12/3/2018 | $ 416.67 |
| 1/3/2019 | $ 2,499.99 |
| 1/31/2019 | $ 1,950.00 |
| 2/4/2019 | $ 50,833.33 |
| 2/4/2019 | $ 25,416.67 |
| 2/4/2019 | $ 2,499.99 |
| 2/19/2019 | $ 416.66 |
| 3/4/2019 | $ 2,499.99 |
| 4/1/2019 | $ 2,499.99 |
| 4/15/2019 | $ 416.66 |
| 5/2/2019 | $ 833.33 |
| 5/14/2019 | $ 50,833.33 |
| 6/3/2019 | $ 2,499.99 |
| 6/20/2019 | $ 416.66 |
| 7/2/2019 | $ 2,499.99 |
| 7/3/2019 | $ 50,833.33 |
| 7/16/2019 | $ 416.66 |
| 8/1/2019 | $ 3,333.32 |
| 8/16/2019 | $ 416.66 |
| 9/3/2019 | $ 2,499.99 |

| Date | | Amount |
|---|---|---|
| 9/5/2019 | $ | 50,833.33 |
| 9/16/2019 | $ | 833.33 |
| 9/16/2019 | $ | 416.66 |
| 9/16/2019 | $ | 333.33 |
| 10/1/2019 | $ | 2,499.99 |
| 10/15/2019 | $ | 416.66 |
| 10/16/2019 | $ | 833.33 |
| 10/16/2019 | $ | 333.33 |
| 11/1/2019 | $ | 1,666.66 |
| **Steven Goldstein Total** | **$** | **840,460.44** |