# Exhibit A

<u>Transfers</u>

**Thomas Pait**

| Date | Amount |
|---|---|
| 3/23/2018 | $500.00 |
| 3/30/2018 | $500.00 |
| 4/6/2018 | $650.00 |
| 4/13/2018 | $500.00 |
| 4/23/2018 | $1,000.00 |
| 4/30/2018 | $500.00 |
| 5/4/2018 | $500.00 |
| 5/14/2018 | $500.00 |
| 5/21/2018 | $500.00 |
| 5/25/2018 | $300.00 |
| 6/4/2018 | $200.00 |
| 6/11/2018 | $200.00 |
| 6/18/2018 | $350.00 |
| 7/23/2018 | $250.00 |
| 7/30/2018 | $250.00 |
| 8/6/2018 | $200.00 |
| 8/10/2018 | $1,000.00 |
| 9/17/2018 | $900.00 |
| 9/24/2018 | $250.00 |
| 10/1/2018 | $400.00 |
| 10/15/2018 | $100.00 |
| 10/19/2018 | $100.00 |
| 10/22/2018 | $100.00 |
| 12/3/2018 | $375.00 |
| 12/17/2018 | $850.00 |
| 1/22/2019 | $3,858.00 |
| 1/25/2019 | $1,350.00 |
| 2/4/2019 | $1,500.00 |
| 2/4/2019 | $300.00 |
| 2/19/2019 | $1,150.00 |
| 2/25/2019 | $500.00 |
| 3/11/2019 | $200.00 |
| 4/1/2019 | $2,613.00 |
| 4/12/2019 | $300.00 |
| 4/23/2019 | $490.00 |

| Date | Amount |
|---|---:|
| 5/6/2019 | $1,450.00 |
| 5/14/2019 | $10,000.00 |
| 6/21/2019 | $200.00 |
| 9/9/2019 | $4,075.00 |
| **Thomas Pait Total** | **$38,961.00** |