# Exhibit A

### Transfers

**Patrick Pait**

| Date | Amount |
|---|---|
| 3/23/2018 | $1,500.00 |
| 3/30/2018 | $1,500.00 |
| 4/6/2018 | $1,500.00 |
| 4/13/2018 | $1,500.00 |
| 4/23/2018 | $1,500.00 |
| 4/30/2018 | $1,500.00 |
| 5/4/2018 | $1,500.00 |
| 5/14/2018 | $1,500.00 |
| 5/21/2018 | $1,500.00 |
| 5/25/2018 | $1,500.00 |
| 6/4/2018 | $1,500.00 |
| 6/11/2018 | $1,500.00 |
| 6/18/2018 | $1,500.00 |
| 6/25/2018 | $1,500.00 |
| 7/2/2018 | $1,500.00 |
| 7/6/2018 | $1,500.00 |
| 7/16/2018 | $1,500.00 |
| 7/23/2018 | $1,500.00 |
| 7/30/2018 | $1,500.00 |
| 8/6/2018 | $1,500.00 |
| 8/10/2018 | $1,500.00 |
| 8/17/2018 | $1,500.00 |
| 8/27/2018 | $1,500.00 |
| 9/4/2018 | $1,500.00 |
| 9/7/2018 | $1,250.00 |
| 9/17/2018 | $1,250.00 |
| 9/24/2018 | $1,250.00 |
| 10/1/2018 | $1,250.00 |
| 10/5/2018 | $1,250.00 |
| 10/12/2018 | $1,250.00 |
| 10/19/2018 | $1,250.00 |
| 10/26/2018 | $1,250.00 |
| 11/2/2018 | $1,250.00 |
| 11/16/2018 | $2,500.00 |
| 11/23/2018 | $1,250.00 |

| Date | Amount |
|---|---|
| 11/30/2018 | $1,250.00 |
| 12/7/2018 | $1,250.00 |
| 12/17/2018 | $1,250.00 |
| 12/21/2018 | $1,250.00 |
| 12/28/2018 | $1,250.00 |
| 1/4/2019 | $1,250.00 |
| 1/11/2019 | $1,250.00 |
| 1/18/2019 | $1,250.00 |
| 1/25/2019 | $1,250.00 |
| 1/29/2019 | $1,500.00 |
| 2/1/2019 | $1,250.00 |
| 2/14/2019 | $1,250.00 |
| 2/15/2019 | $1,250.00 |
| 2/22/2019 | $1,250.00 |
| 3/1/2019 | $1,250.00 |
| 3/8/2019 | $1,250.00 |
| 3/15/2019 | $1,250.00 |
| 3/22/2019 | $1,250.00 |
| 3/29/2019 | $1,250.00 |
| 4/5/2019 | $1,250.00 |
| 4/12/2019 | $1,250.00 |
| 4/19/2019 | $1,250.00 |
| 4/26/2019 | $1,250.00 |
| 5/3/2019 | $1,500.00 |
| 5/10/2019 | $1,500.00 |
| 5/17/2019 | $1,500.00 |
| 5/28/2019 | $1,500.00 |
| 5/31/2019 | $1,500.00 |
| 6/10/2019 | $10,000.00 |
| 6/18/2019 | $3,000.00 |
| 6/25/2019 | $1,500.00 |
| 6/28/2019 | $1,500.00 |
| 7/9/2019 | $1,500.00 |
| 7/12/2019 | $1,500.00 |
| 7/19/2019 | $1,500.00 |
| 9/3/2019 | $7,500.00 |
| **Patrick Pait Total** | **$115,500.00** |