# EXHIBIT A

## INSIDER TRANSFERS

| Bank | Acct Ending# | Clear Date | Transaction Description | Payee | Amount |
|---|---|---|---|---|---|
| Bank of America | 7849 | 12/7/2017 | Wire | Kenneth Birnbaum | 31,300.00 |
| Bank of America | 7849 | 12/11/2017 | Wire | Kenneth Birnbaum | 27,000.00 |
| Bank of America | 7849 | 12/28/2017 | Wire | Kenneth Birnbaum | 13,704.00 |
| Bank of America | 7849 | 12/29/2017 | Wire | Kenneth Birnbaum | 4,000.00 |
| Bank of America | 7849 | 1/2/2018 | Wire | Kenneth Birnbaum | 8,000.00 |
| Bank of America | 7849 | 1/8/2018 | Wire | Kenneth Birnbaum | 22,500.00 |
| Bank of America | 7849 | 1/16/2018 | Wire | Kenneth Birnbaum | 7,000.00 |
| Bank of America | 6518 | 1/30/2018 | Wire | Kenneth Birnbaum | 18,498.61 |
| Bank of America | 7849 | 1/30/2018 | Wire | Kenneth Birnbaum | 18,498.61 |
| Bank of America | 7849 | 2/8/2018 | Wire | Kenneth Birnbaum | 28,000.00 |
| Bank of America | 7849 | 2/12/2018 | Wire | Kenneth Birnbaum | 20,000.00 |
| Bank of America | 7849 | 2/22/2018 | Wire | Kenneth Birnbaum | 20,000.00 |
| Bank of America | 7849 | 2/26/2018 | Wire | Kenneth Birnbaum | 16,000.00 |
| Bank of America | 7849 | 2/28/2018 | Wire | Kenneth Birnbaum | 15,906.61 |
| Bank of America | 7849 | 3/9/2018 | Wire | Kenneth Birnbaum | 18,000.00 |
| Bank of America | 7849 | 3/30/2018 | Wire | Kenneth Birnbaum | 24,648.61 |
| Bank of America | 7849 | 4/10/2018 | Wire | Kenneth Birnbaum | 25,000.00 |
| Bank of America | 7849 | 4/27/2018 | Wire | Kenneth Birnbaum | 11,423.61 |
| Bank of America | 7849 | 5/4/2018 | Wire | Kenneth Birnbaum | 5,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bank of America | 7849 | 5/7/2018 | Wire | Kenneth Birnbaum | 3,000.00 |
| Bank of America | 7849 | 5/8/2018 | Wire | Kenneth Birnbaum | 15,000.00 |
| Bank of America | 7849 | 5/15/2018 | Wire | Kenneth Birnbaum | 10,000.00 |
| Bank of America | 7849 | 5/17/2018 | Wire | Kenneth Birnbaum | 5,000.00 |
| Bank of America | 7849 | 5/25/2018 | Wire | Kenneth Birnbaum | 4,000.00 |
| Bank of America | 7849 | 5/30/2018 | Wire | Kenneth Birnbaum | 10,906.61 |
| Bank of America | 7849 | 6/4/2018 | Wire | Kenneth Birnbaum | 16,000.00 |
| Bank of America | 7849 | 6/8/2018 | Wire | Kenneth Birnbaum | 7,000.00 |
| Bank of America | 7849 | 6/15/2018 | Wire | Kenneth Birnbaum | 3,000.00 |
| Bank of America | 7849 | 6/21/2018 | Wire | Kenneth Birnbaum | 10,000.00 |
| Bank of America | 7849 | 6/28/2018 | Wire | Kenneth Birnbaum | 10,606.94 |
| Bank of America | 7849 | 7/9/2018 | Wire | Kenneth Birnbaum | 16,000.00 |
| Bank of America | 7849 | 7/30/2018 | Wire | Kenneth Birnbaum | 15,413.50 |
| Bank of America | 7849 | 8/7/2018 | Wire | Kenneth Birnbaum | 21,000.00 |
| Bank of America | 7849 | 8/16/2018 | Wire | Kenneth Birnbaum | 12,000.00 |
| Bank of America | 7849 | 8/28/2018 | Wire | Kenneth Birnbaum | 10,000.00 |
| Bank of America | 7849 | 8/31/2018 | Wire | Kenneth Birnbaum | 10,023.67 |
| Bank of America | 7849 | 9/7/2018 | Wire | Kenneth Birnbaum | 10,000.00 |
| Bank of America | 7849 | 9/7/2018 | Wire | Kenneth Birnbaum | 11,000.00 |
| Bank of America | 7849 | 9/18/2018 | Wire | Kenneth Birnbaum | 3,000.00 |
| Bank of America | 7849 | 9/21/2018 | Wire | Kenneth Birnbaum | 3,000.00 |
| Bank of America | 7849 | 9/21/2018 | Wire | Kenneth Birnbaum | 5,000.00 |
| Bank of America | 7849 | 9/25/2018 | Wire | Kenneth Birnbaum | 2,000.00 |
| Bank of America | 7849 | 9/25/2018 | Wire | Kenneth Birnbaum | 5,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Bank of America | 7849 | 10/1/2018 | Wire | Kenneth Birnbaum | 53,588.00 | |
| Bank of America | 7849 | 10/9/2018 | Wire | Kenneth Birnbaum | 25,000.00 | |
| Bank of America | 7849 | 10/19/2018 | Wire | Kenneth Birnbaum | 12,000.00 | |
| Bank of America | 7849 | 10/26/2018 | Wire | Kenneth Birnbaum | 5,000.00 | |
| Bank of America | 7849 | 10/31/2018 | Wire | Kenneth Birnbaum | 10,000.00 | |
| Bank of America | 7849 | 11/1/2018 | Wire | Kenneth Birnbaum | 9,338.00 | |
| Bank of America | 7849 | 11/5/2018 | Wire | Kenneth Birnbaum | 10,000.00 | |
| Bank of America | 7849 | 11/13/2018 | Wire | Kenneth Birnbaum | 16,000.00 | |
| Bank of America | 7849 | 11/30/2018 | Wire | Kenneth Birnbaum | 3,000.00 | |
| Bank of America | 7849 | 11/30/2018 | Wire | Kenneth Birnbaum | 14,130.00 | |
| Bank of America | 7849 | 12/6/2018 | Wire | Kenneth Birnbaum | 10,000.00 | |
| Bank of America | 7849 | 12/7/2018 | Wire | Kenneth Birnbaum | 27,000.00 | |
| Bank of America | 7849 | 12/28/2018 | Wire | Kenneth Birnbaum | 8,863.00 | |
| Bank of America | 7849 | 1/2/2019 | Wire | Kenneth Birnbaum | 5,000.00 | |
| Bank of America | 7849 | 1/2/2019 | Wire | Kenneth Birnbaum | 7,500.00 | |
| Bank of America | 7849 | 1/3/2019 | Check# 1322 | Kenneth Birnbaum | 416.67 | Preference Peri |
| Bank of America | 7849 | 1/4/2019 | Wire | Kenneth Birnbaum | 5,000.00 | Preference Peri |
| Bank of America | 7849 | 1/8/2019 | Wire | Kenneth Birnbaum | 30,000.00 | Preference Peri |
| Bank of America | 7849 | 1/28/2019 | Wire | Kenneth Birnbaum | 8,863.00 | Preference Peri |
| Bank of America | 6518 | 1/29/2019 | Check# 4245 | Kenneth Birnbaum | 1,000.00 | Preference Peri |
| Bank of America | 6518 | 1/31/2019 | Check# 4263 | Kenneth Birnbaum | 1,000.00 | Preference Peri |
| Bank of America | 6518 | 1/31/2019 | Check# 4235 | Kenneth Birnbaum | 6,000.00 | Preference Peri |
| Bank of America | 7849 | 1/31/2019 | Wire | Kenneth Birnbaum | 14,500.00 | Preference Peri |
| Bank of America | 7849 | 2/4/2019 | Wire | Kenneth Birnbaum | 14,500.00 | Preference Peri |

| | | | | | | |
|---|---|---|---|---|---|---|
| Bank of America | 7849 | 2/7/2019 | Wire | Kenneth Birnbaum | 24,000.00 | Preference Period |
| Bank of America | 7849 | 2/22/2019 | Wire | Kenneth Birnbaum | 20,000.00 | Preference Period |
| Bank of America | 7849 | 2/26/2019 | Wire | Kenneth Birnbaum | 8,414.66 | Preference Period |
| Bank of America | 7849 | 3/15/2019 | Wire | Kenneth Birnbaum | 30,000.00 | Preference Period |
| Bank of America | 7849 | 3/28/2019 | Wire | Kenneth Birnbaum | 8,165.00 | Preference Period |
| Bank of America | 7849 | 4/5/2019 | Wire | Kenneth Birnbaum | 30,000.00 | Preference Period |
| Bank of America | 7849 | 4/25/2019 | Wire | Kenneth Birnbaum | 20,000.00 | Preference Period |
| Bank of America | 7849 | 4/30/2019 | Wire | Kenneth Birnbaum | 21,500.00 | Preference Period |
| Bank of America | 7849 | 5/9/2019 | Wire | Kenneth Birnbaum | 20,000.00 | Preference Period |
| Bank of America | 7849 | 5/13/2019 | Wire | Kenneth Birnbaum | 10,000.00 | Preference Period |
| Bank of America | 7849 | 5/24/2019 | Wire | Kenneth Birnbaum | 20,000.00 | Preference Period |
| Bank of America | 7849 | 6/4/2019 | Wire | Kenneth Birnbaum | 6,873.00 | Preference Period |
| Bank of America | 7849 | 6/7/2019 | Wire | Kenneth Birnbaum | 5,000.00 | Preference Period |
| Bank of America | 7849 | 6/14/2019 | Wire | Kenneth Birnbaum | 10,000.00 | Preference Period |
| Bank of America | 7849 | 6/18/2019 | Wire | Kenneth Birnbaum | 5,300.00 | Preference Period |
| Bank of America | 7849 | 6/27/2019 | Wire | Kenneth Birnbaum | 36,432.00 | Preference Period |
| Bank of America | 7849 | 7/12/2019 | Wire | Kenneth Birnbaum | 15,000.00 | Preference Period |
| Bank of America | 7849 | 7/30/2019 | Wire | Kenneth Birnbaum | 40,000.00 | Preference Period |
| Bank of America | 7849 | 8/14/2019 | Wire | Kenneth Birnbaum | 20,000.00 | Preference Period |
| Bank of America | 7849 | 8/30/2019 | Wire | Kenneth Birnbaum | 19,154.63 | Preference Period |
| Bank of America | 7849 | 9/9/2019 | Wire | Kenneth Birnbaum | 15,000.00 | Preference Period |
| Bank of America | 7849 | 9/20/2019 | Wire | Kenneth Birnbaum | 10,000.00 | Preference Period |
| Bank of America | 7849 | 9/30/2019 | Wire | Kenneth Birnbaum | 4,206.30 | Preference Period |
| Bank of America | 7849 | 10/1/2019 | Wire | Kenneth Birnbaum | 26,000.00 | Preference Period |

| Bank of America | 7849 | 10/16/2019 | Wire | Kenneth Birnbaum | 4,250.00 | Preference Peri<sup>...</sup> |
| Bank of America | 0615 | 10/31/2019 | Wire | Kenneth Birnbaum | 30,000.00 | Preference Peri<sup>...</sup> |
| | | | | | **$1,309,425.03** | **$540,575.26** |