# EXHIBIT A

## STANLEY TRANSFERS

| | | |
|---|---|---:|
| 1/29/2019 | $ | 41,800.00 |
| 2/14/2019 | $ | 6,553.70 |
| **Stanley Liebowitz Total** | **$** | **48,353.70** |