## EXHIBIT B

## LIEBOWITZ TRANSFERS

| | | |
|---|---|---|
| 12/7/2017 | $ | 46,146.75 |
| 12/26/2017 | $ | 113,979.29 |
| 2/1/2018 | $ | 507,015.70 |
| 2/28/2018 | $ | 33,063.92 |
| 4/26/2018 | $ | 72,267.58 |
| 6/8/2018 | $ | 79,195.26 |
| 7/3/2018 | $ | 98,738.87 |
| 11/23/2018 | $ | 176,527.38 |
| 12/12/2018 | $ | 177,911.58 |
| 2/5/2019 | $ | 141,787.18 |
| 5/2/2019 | $ | 1,223,639.99 |
| 6/27/2019 | $ | 186,831.92 |
| 10/8/2019 | $ | 108,997.80 |
| **Defendant Total** | **$** | **2,966,103.22** |