LAW OFFICES
**MICHAEL PERLE, L.L.C.**
192 NEWTOWN LANE
EAST HAMPTON, NY 11937
(917) 744-6814 (NY)
(201) 377-5957 (NJ)
Fax (646) 688-4904
michael.perle@gmail.com

MICHAEL R. PERLE
ADMITTED TO PRACTICE IN
NEW JERSEY AND NEW YORK

OF COUNSEL TO
RAFFI MOMJIAN
405 PARK AVE. SUITE 802
NEW YORK, NY  10022

February 24, 2022

Hon. Shelly C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green, New York, NY 10004

> **Re:** <u>In re Liberty Bridge GP Capital Management, LLC, et Al.</u>
> **Chapter 7, Case No. 20-10009 (SCC)**
> **Adjournment of Motion Originally Returnable 2/28/22 (ECF Doc. #337)**

Dear Judge Chapman:

This will confirm that the hearing (telephonic) on Motion to Establish as Secured/ Allow Claim/Refund Money, etc., of Pashman Stein Walder & Hayden / Michael Perle, LLC (ID Nos. 337-340), originally returnable on February 28, 2022, has been adjourned March 23, 2022.

> Respectfully yours,
>
> Michael Perle, LLC
>
> *[signature]*
>
> Michael R. Perle

MRP/vo

cc: Silverman Acampora et Al.
    Camille Raia