UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

    LIBERTY BRIDGE CAPITAL                  Chapter 7
    MANAGEMENT GP, LLC, et al.             Case No. 20-10009 (SCC)
                                                           (Substantively Consolidated)
                              Debtors.
---------------------------------------------------------------x

**ORDER APPROVING INTERIM FEE APPLICATIONS
OF TRUSTEE'S PROFESSIONALS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
<u>PERIOD JANUARY 1, 2022 THROUGH AND INCLUDING APRIL 30, 2022</u>**

Upon consideration of the applications (ECF Doc. Nos. 352, 353, 354, and 355) (the "<u>Applications</u>"), pursuant to sections 105 and 330 of title 11, United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and applicable Local Bankruptcy Rules, for interim allowance of compensation and reimbursement of expenses filed by (i) SilvermanAcampora LLP, attorneys for Kenneth P. Silverman, Esq., the chapter 7 trustee (the "<u>Trustee</u>") of the substantively consolidated estates of Liberty Bridge Capital Management GP, LLC, *et al.* (the "<u>Debtors</u>") (ii) Prager Metis CPAS LLC, tax accountants for the Trustee, (iii) Ryniker Consultants, LLC, financial advisors for the Trustee, and (iv) Kroll Associates, Inc., forensic accountants for the Trustee, relating to the period January 1, 2022 through and including April 30, 2022; and it appearing that sufficient notice of the Applications has been given pursuant to Bankruptcy Rule 2002; and no other or further notice being necessary; after due deliberation and sufficient cause appearing for the relief requested in the Applications, it is hereby ordered as follows:

       1.       The Applications are hereby granted to the extent set forth in **Exhibit A**, annexed hereto.

2.   The Trustee is authorized and directed to immediately remit payment of fees and expenses as set forth in **Exhibit A**, annexed hereto.

Dated: New York, New York
June 15, 2022

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A (CURRENT FEE PERIOD)**

Fee Period: January 1, 2022 through and including April 30, 2022
Case Name: Liberty Bridge Capital Management GP, LLC, *et al.*; Case No. 20-10009 (SCC)

| Date of Document and Document Nos. | Applicant | Interim Fees Requested on Application | Fees Allowed | Fees to be Paid for Current Fee Period | Fees to be Paid for Prior Fee Period | Total Fees Payable by the Estates | Expenses Requested | Expenses Allowed and Payable by the Estates |
|---|---|---|---|---|---|---|---|---|
| 5/20/2022 ECF Doc. No. 352 | SilvermanAcampora LLP (Trustee's Attorneys) | $237,217.00 | $237,217.00 | $214,000.00 | $86,000.00 | $300,000.00 | $10,217.32 | $10,217.32 |
| 5/20/2022 ECF Doc. No. 353 | Prager Metis, CPAS LLC (Trustee's Tax Accountants) | $9,081.00 | $9,081.00 | $9,081.00 | $0.00 | $9,081.00 | $0.00 | $0.00 |
| 5/20/2022 ECF Doc. No. 354 | Ryniker Consultants, LLC (Trustee's Financial Advisors) | $36,840.00 | $36,840.00 | $33,156.00 | $20,000.00 | $53,156.00 | $18.80 | $18.80 |
| 5/20/2022 ECF Doc. No. 355 | Kroll Associates, Inc. (Trustee's Forensic Accountants) | $0.00 | $0.00 | $0.00 | $9,639.37 | $9,639.37 | $0.00 | $0.00 |

Date: 6/15/22        Judge's Initials: <u>SCC</u> USBJ