**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Liberty Bridge Capital Management GP, LLC      CASE NO.: 20–10009–jpm

Social Security/Taxpayer ID/Employer ID/Other Nos.:      CHAPTER: 7
82–1309236

---

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge John P Mastando III on August 10, 2022 for administration. Please style all future captions with the appropriate judicial suffix (jpm ).

Dated: August 10, 2022                Vito Genna
                                                         Clerk of the Court