

Linda S. Tumino
516.479.6309
LTumino@SilvermanAcampora.com

100 Jericho Quadrangle
Suite 300
Jericho, New York 11753

September 27, 2022

**Via Email - tmazzo@optonline.net**
Thomas Matarazzo
3 Winslow Circle
Tuckahoe, New York 10707

    Re:    **Liberty Bridge Capital Management LLC
and Cash4Cases, Inc.,** *et al.*
**Chapter 7**
**Case Nos. 20-10009 (JPM) through 20-10016 (JPM)**
File No.: 010001.756 – 010001.763

Dear Mr. Matarazzo:

    Please be advised that we are counsel to Kenneth P. Silverman, Esq., the Bankruptcy Court appointed chapter 7 trustee (the "Trustee") for the bankruptcy estates of Liberty Bridge Capital Management LLC, *et al.* (collectively, the "Debtors")[1], whose cases are pending before the United States Bankruptcy Court for the Southern District of New York (the "Court").

    We are in the process of analyzing and resolving claims filed against the Debtor's estate. In this regard, it has come to our attention that you have filed a bifurcated proof of claim in this proceeding, proof of claim No. 10-1, in the amount of $189,726.60 as general unsecured, with a portion of that in the amount of $24,226.60 filed as a §507(a)(4) priority wage claim (the "Claim"). The Claim is filed in the lead case, under Case No. 20-10009 (JPM). A copy of the Claim is attached for your reference.

    Please allow this to confirm that you have agreed to reduce the wage portion of the claim to the proper amount of $13,650.00. As such, we would like to bifurcate the Claim and reduce the wage portion to an allowed priority §507(a)(4) wage claim in the amount of $13,650.00, with the balance of the Claim, in the amount of $176,076.60 to remain as an allowed general unsecured claim.

---

[1] The Debtors are (i) Liberty Bridge Capital Management GP, LLC (Case No. 20-10009); (ii) Cash4Cases, Inc. (Case No. 20-10010); (iii) Liberty Bridge Capital Management IM, LLC (Case No. 20-10011); (iv) Liberty Bridge Settlement Clearing, LLC (Case No. 20-10012); (v) Liberty Bridge Finco LLC (Case No. 20-10013); (vi) Liberty Bridge Capital Management, L.P. (Case No. 20-10014); (vii) Diversified Pre-Settlement Portfolio I, a Series of Liberty Bridge Capital Management, L.P. (Case No. 20-10015); and (viii) Diversified Pre-Settlement Portfolio II, a Series of Liberty Bridge Capital Management, L.P. (Case No. 20-10016).

2825324v1 / 010001.756 / LST

Page 2 of 2
9/27/2022



  Based on the foregoing, the Trustee requests that you sign where indicated below, and return the original to me, to acknowledge your consent to the above reclassification of the Claim.

  This letter is sent without waiver of all of the Trustee's rights and remedies, including the right to object to the Claim, which are expressly reserved.

  If you have any questions regarding the above, please do not hesitate to contact me.

Very truly yours,

s/Linda S. Tumino

Linda S. Tumino

LST/cd
Enclosure
cc: Kenneth P. Silverman, Esq., Chapter 7 Trustee (w/o encl.)
   Justin S. Krell, Esq., counsel to the Trustee

**Agreed, Acknowledged, and Consented to:**
**Reclassification of Proof of Claim No. 10-1 filed on**
**behalf of Thomas Matarazzo in the lead case, 20-10009 (jpm)**

s/Thomas Matarazzo

**Thomas Matarazzo**

2825324v1 / 010001.756 / LST