

David J. Mahoney
516.479.6337
DMahoney@SilvermanAcampora.com

100 Jericho Quadrangle
Suite 300
Jericho, New York 11753

June 12, 2023

**_VIA ECF_**
Honorable John P. Mastando III
United States Bankruptcy Court, SDNY
Alexander Hamilton U.S. Custom House
One Bowling Green
New York, New York 10004

   **Re:**  **Liberty Bridge Capital Management GP, LLC**
      **Chapter 7**
      <u>**Case No. 20-10009-JPM**</u>

Dear Judge Mastando:

   This firm is counsel to Kenneth P. Silverman, Esq., the chapter 7 trustee (the "<u>Trustee</u>") for the substantively consolidated bankruptcy estates of Liberty Bridge Capital Management GP, LLC *et al.* (collectively the "<u>Debtors</u>"). On February 1, 2022, the Court entered and Order granting the Trustee's Motion establishing procedures governing adversary (the "<u>Procedures Order</u>"). In compliance with the Procedures Order, this letter shall serve as a status update in relation to the administration of the Debtor's case.

   There were thirty (30) adversary proceedings filed in this matter and below provides a status with respect thereto:

- Nineteen (19) Adversary Proceedings, as set forth on Schedule "A" annexed hereto, have been closed.

- On June 23, 2022, the Court entered an Order approving a stipulation of settlement by and between the Trustee and Defendant Lovecchio as set forth on Schedule "B" annexed hereto.

- On December 28, 2022, the Court entered an Order approving the stipulation of settlement by and between the Trustee and the Defendant Zagoreos as set forth on Schedule "B" annexed hereto.

- On May 23, 2023, the Court entered an Order approving the stipulation of settlement by and between the Trustee and the Defendant Patrick Pait as set forth on Schedule "B" annexed hereto.



Page 2 of 6
June 12, 2023

- As set forth on Schedule "C" annexed hereto, there are eight (8) open Adversary Proceedings for which the Trustee continues to review and analyze, in an effort to determine the best course of action for the benefit of the Debtors' substantively consolidated estate.

If Your Honor has any questions regarding the foregoing, please have a member of your staff contact me.

Very truly yours,

*s/ David J. Mahoney*

David J. Mahoney

cc:    Kenneth P. Silverman, Esq., Chapter 7 Trustee (via email)

## Schedule A – Closed Adversary Proceedings

| Defendant Name | Adv Pro No. |
|---|---|
| Amy Weinmeister | 21-01234 |
| Capital One Bank | 21-01219 |
| Christopher Moyer | 21-01231 |
| Coinbase Inc. | 21-01224 |
| ConnectOne Bank | 21-01229 |
| Cumberland Mining & Materials | 21-01232 |
| Hans Peter Edelstein Family Trust | 21-01235 |
| Harold Hilderbrand | 21-01233 |
| Kon Corporation | 21-01223 |
| Litigation Capital Investors, Inc. | 21-01227 |
| Pensco Trust Co. | 21-01238 |
| Plaintiff Holding V, LLC | 21-01228 |
| Richard Brady | 21-01230 |
| Sanocki Newman & Turret, LLP | 21-01222 |
| CRM Passport LLC | 21-01221 |
| Javlin Capital LLC | 21-01226 |
| JTC Americas f/k/a NES Financial Corp. | 21-01220 |
| VFS, Inc. | 21-01236 |
| Alana Birnbaum | 21-01241 |

## Schedule B – Order Approving Stipulation Entered - Adversary Proceeding

| Defendant Name | Adv Pro No. |
|---|---|
| Lawrence Lovecchio | 21-01237 |
| Nicholas D. Zagoreos | croman |
| Patrick Pait | 21-01243 |

## Schedule C – Open Adversary Proceedings

| Defendant Name(s) and Adv Pro No. | Defendants' Counsel | Status |
|---|---|---|
| Carob Bean Realty Corp. II Adv. Pro. No. 20-01190 | Alexander Tiktin Tarter Krinsky & Drogin LLP 1350 Broadway New York, New York 10018 (212) 216-8099 And David H. Wander Tarter Krinsky & Drogin LLP 1350 Broadway New York, New York 10018 (212) 216-8081 | The Summons was served on June 24, 2020. The Answer to Complaint was filed on July 23, 2020. Discovery is complete. Both parties intend to file motions for summary judgment. |
| Ashirus LLC Adv. Pro. No. 21-01218 | Randolph E. White White and Wolnerman, PLLC 950 Third Avenue, 11th Floor New York, New York 10022 (212) 308-0604 | The Summons was served on January 19, 2022. The Answer to Complaint was filed on May 16, 2022. Based upon evidence provided to the Trustee by the Defendant, the Trustee filed a stipulation of dismissal on May 1, 2023. |
| Thomas Pait Adv. Pro. No. 21-01242 | Eric R. Perkins Becker LLC 354 Eisenhower Parkway Livingston, New Jersey 07039 (973) 422-1100 | The Summons was served on January 19, 2022. The Answer to Complaint was filed on July 11, 2022. Stipulation of Dismissal with Prejudice pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure filed on April 11, 2023. |
| Steven Goldstein Adv. Pro. No. 21-01240 | Vincent J. Roldan Mandelbaum Barrett PC 3 Becker Farm Road, Suite 105 Roseland, New Jersey 07068 (973) 974-9815 | The Summons was served on January 19, 2022. The Answer deadline extended on consent to April 22, 2022. The Parties are engaged in settlement negotiations. |
| David Berkowitz Adv. Pro. No. 21-01239 | Avrum J. Rosen Law Offices of Avrum J. Rosen, PLLC 38 New Street Huntington, New York 11743 (631) 423-8527 | The Summons was served on January 19, 2022. The Answer to Complaint was filed on September 12, 2022. Trustee provided list of potential mediators to |

| | | |
|---|---|---|
| | | Defendant. Trustee is awaiting a response. |
| Jacqueline Nigro<br>Adv. Pro. No. 21-01244 | Pro Se<br>1569 NW 17th Avenue<br>Miami, Florida 33125<br>(914) 281-4791 | The Summons was served on January 19, 2022.<br>The Answer to Complaint was filed on April 26, 2023. Trustee received Defendant's Answer and Motion to Dismiss via email. Trustee filed the Answer and Motion to Dismiss on behalf of Defendant. Trustee will be filing a response to Defendant's Motion to Dismiss. Trustee has reached out to Defendant regarding mediation. Trustee is awaiting a response. |
| Kenneth Birnbaum<br>Adv. Pro. No. 21-01245 | Caitlin Conklin<br>K&L Gates LLP<br>One Newark Center, 10th Floor<br>Newark, New Jersey 07102<br>(973) 848-4049<br><br>And<br><br>Jon Travis Powers<br>White and Williams LLP<br>7 Times Square, Suite 2900<br>New York, New York 10036<br>(212) 868-4837 | The Summons was served on January 19, 2022.<br>The Answer to Complaint was filed on June 8, 2022. Parties are discussing the framework of mediation. |
| Stanley Liebowitz & Susan R. Liebowitz<br>Adv. Pro. No. 21-01246 | Avrum J. Rosen<br>Law Offices of Avrum J. Rosen, PLLC<br>38 New Street<br>Huntington, New York 11743<br>(631) 423-8527 | The Summons was served on January 19, 2022.<br>The Answer to Complaint was filed on September 12, 2022. Trustee provided list of potential mediators to Defendant. Trustee is awaiting a response. |