UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

_____          INDEX # 20-10009 (JPM)

**HONORABLE JUDGE JOHN P. MASTANDO III,**          Dated: **June 27th 2025**

Bankruptcy Judge

                                                                                             **PROOF OF CLAIMS**

                                                                                            **PAYMENT DEMAND**

**SEHRA WAHEED**

*Plaintiffs*

       *- Against -*


**USCLAIMS OPCO, LLC,**

**SILVERMANACAMPORA, LLP**

**KENNETH P. SILVERMAN, INDIVIDUALLY,**

**CASH4CASES, INC.,**

**LIBERTY BRIDGE CAPITAL MANAGEMENT GP, LLC,**

**JAESON BIRNBAUM, INDIVIDUALLY,**

*Defendants*

_____

**STATE OF NEW YORK**

**COUNTY OF NEW YORK**

**1 of 3**

Please accept this Correspondence as Plaintiff's formal written request for Settlement in this Case. Attached is a copy of Proof of Claims previously submitted with Exhibits. I am commencing and maintaining this action; against all named Defendants and such other and further relief as this Court deems just and proper. Please let me know your response to this settlement demand.

## AFFIRMATION

I, Sehra Waheed - Plaintiff appearing as *Pro-Se* Pending Counsel Retention in this action, Pursuant to CPLR 2106, affirms on June 27th 2025 under the penalties of perjury under the laws of New York which may include a fine or imprisonment that the foregoing is true, I understand that this document maybe filed in an action or proceeding in a court of law.

## WORD COUNT CERTIFICATION

I, Sehra Waheed - Plaintiff appearing as *Pro-Se* Pending Counsel Retention in this action, hereby certifies that the number of words within this Motion is **16,38** words as set forth by the computer's word count, not counting for items that are exempted by Rule 202.8-b.

## CERTIFICATE OF SERVICE

I, Sehra Waheed - Plaintiff appearing as *Pro-Se* Pending Counsel Retention in this action, herby certify that on June 27th 2025 a true and correct copy of the foregoing has been served on June 27th 2025 via Email Delivery to all named Defendants.

Respectfully Submitted,

Dated:  June 27th 2025

   New York, New York

**By: /s/ SEHRA WAHEED**

Plaintiff As Pro-Se

Phone: 917-244-4416

Email: sehrany@aol.com

www.thesereen.com